Nicholas Woodall

po box 194

Temperance Mi 48182

stewartj402000@gmail.com

771-241-4590

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 20 2025

# RECEIVED

# United States Appeals Court for the

# District Court of the

# District of Columbia

| | |
|---|---|
| NICHOLAS WOODALL | No. 25-5259 |
| Appellant | D.C. 1:25-CV-112 |
| v. | APPEALANT APPEAL FROM |
| Donald J. Trump, President, et al., | FINAL DECISION |
| Appellees | 11/17/2025 |

## APPEALANT APPENDIX

Cover page

Nicholas Woodall

po box 194

Temperance Mi 48182

stewartj402000@gmail.com

771-241-4590

United States Appeals court for the

District Court of the District of Columbia

| | |
|---|---|
| NICHOLAS WOODALL | No. 25-5259 |
| Appellant | D.C. 1:25-cv-112 |
| v. | APPEALANT APPEAL FROM |
| Donald J. Trump, President, et al., | FINAL DECISION |
| Appellees | 11/17/2025 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

### APPEALANT APPENDIX

NOTE: DURING CHANGING THE COLOR OF TEXT IN THIS DOCUMENT (I DONT HAVE COLOR INK) SOME OF THE PAGES TEXTS MAY HAVE SHIFTED, PLEASE REFER TO THE DOCKETED IF ISSUES PRESENT

### TABLE OF CONTENTS

District Court Docket Sheet
6 PAGES ........ PAGE 4

DOCKET ENTRY 1
A PETITION FOR REDRESSING OF GRIVANCES FILED BY APPELLANT
29 PAGES ........ PAGE 11

DOCKET ENTRY 20
AN ORDER BY JUDGE MEHTA REFERENCING DOCKET ENTRY 19 DETAILING THE DISMISSAL
1 PAGE ........ PAGE 41

2

DOCKET ENTRY 19
THE MEMORANDUM OF OPINION FOR DOCKET ENTRY 20
3 PAGES  ........ PAGE 43

DOCKET ENTRY 21
A MOTION FOR RECONSIDERATION FILED BY
APPELLANT DENIED BY DOCKET ENTRY 27
5 PAGES  ........ PAGE 47

DOCKET ENTRY 27
AN ORDER FROM JUDGE FREIDRICH
DISMISSING CASE
1 PAGE  ........ PAGE 53

SUBMITTED BY NICHOLAS WOODALL          ON 11/17/2025

District Court Docket Sheet

6 PAGES

APPEAL,CLOSED,IFP,PROSE-NP,PSEUDO-DN,TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25-cv-00112-UNA
### Internal Use Only

WOODALL v. TRUMP et al
Assigned to: Unassigned
Case in other court: USCA, 25-05259
Cause: 42:1983 Civil Rights Act

Date Filed: 01/15/2025
Date Terminated: 06/17/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

NICHOLAS WOODALL

represented by **NICHOLAS WOODALL**
P.O. Box 194
Temperance, MI 48182
(771) 241-4590
PRO SE

V.

## Defendant

**PETITION OF GRIEVANCES**
*TERMINATED: 03/17/2025*

## Defendant

**DONALD J. TRUMP**
*President*

## Defendant

**SPEAKER OF THE HOUSE**
*TERMINATED: 05/12/2025*

## Defendant

**PRESIDENT PRO TEMPORE OF SENATE**
*TERMINATED: 05/12/2025*

## Defendant

**SUPREME COURT OF THE UNITED STATES**

## Defendant

**UNITED STATES OF AMERICA**
*TERMINATED: 05/12/2025*

## Defendant

5

**MIKE JOHNSON**
*Speaker of the House*

### Defendant

**CHUCK GRASSLEY**
*President Pro Tempore*

### Defendant

**EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS**

### Defendant

**ATTORNEY GENERAL OF THE UNITED STATES**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2025 | | **Initiating Pleading & IFP Application Received on 1/15/2025.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (znmw) (Entered: 01/22/2025) |
| 01/15/2025 | 1 | SEE SEE DOCKET ENTRY 13 FOR OPERATIVE COMPLAINT.....COMPLAINT against PETITION OF GRIEVANCES filed by ANONYMOUS.(znmw) Modified on 5/19/2025 (znmw). (Entered: 01/22/2025) |
| 01/15/2025 | 2 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ANONYMOUS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 IFP Application)(znmw) (Entered: 01/22/2025) |
| 01/15/2025 | 3 | SEALED MOTION to Proceed Under Pseudonym filed by ANONYMOUS(znmw) (Entered: 01/22/2025) |
| 01/22/2025 | | MINUTE ORDER: The Court ORDERS that: (1) Plaintiff's 2 Motion to Seal Case is DENIED WITHOUT PREJUDICE as it does not address the six–factor inquiry that applies to motions to seal court records, see United States v. Hubbard, 650 F.2d 293, 317–22 (D.C. Cir. 1980); 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses the factors identified in Hubbard or a Notice advising the Clerk of the Court whether Plaintiff wishes to proceed with filing the case documents on the public docket, and, if Plaintiff wishes to proceed publicly, Plaintiff shall also file Plaintiff's 2 Motion on the public docket; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. For reference, the factors identified in Hubbard are: 1 the need for public access to the documents at issue; 2 the extent of previous public access to the documents; 3 whether someone has objected to disclosure, and the identity of that person; 4 the strength of any property and privacy interests asserted; 5 the possibility of prejudice to those opposing disclosure; and 6 the purposes for which the documents were introduced during the judicial proceedings. So ORDERED by Chief Judge James E. Boasberg on 1/22/2025. (lcjeb4) (Entered: 01/22/2025) |
| 01/22/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 3 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as it does not address the five–factor inquiry that applies to such motions, see In re Sealed Case, 971 F.3d 324, 326–27 |

| | | |
|---|---|---|
| | | (D.C. Cir. 2020); 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses the factors identified in In re Sealed Case or a Notice advising the Clerk of the Court whether Plaintiff wishes to proceed under Plaintiff's true name, and, if so, Plaintiff shall also file Plaintiff's 3 Motion on the public docket; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. The factors identified in In re Sealed Case are: 1 whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of a sensitive and highly personal nature; 2 whether identification poses a risk of retaliatory physical or mental harm to the requesting party or, even more critically, to innocent non-parties; 3 the ages of the persons whose privacy interests are sought to be protected; 4 whether the action is against a governmental or private party; and, relatedly, 5 the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously. So ORDERED by Chief Judge James E. Boasberg on 1/22/2025. (lcjcb4) Modified to remove incorrect hyperlinks on 3/6/2025 (znbn). (Entered: 01/22/2025) |
| 01/22/2025 | 16 | MOTION for Leave to Proceed in forma pauperis by NICHOLAS WOODALL. (zmmw) (Entered: 05/19/2025) |
| 02/05/2025 | 4 | SEALED MOTION (Renewed) to Proceed Under Pseudonym filed by ANONYMOUS(zmmw) (Entered: 02/13/2025) |
| 02/24/2025 | | MINUTE ORDER: Before the Court can assess whether Plaintiff should be able to proceed pseudonymously, he must present a Complaint that actually names a defendant and shows how he has been injured and thus has standing to sue. At the moment, his suit simply comprises policy proposals. The Court thus ORDERS that he shall file an Amended Complaint by March 17, 2025, that names one or more defendants and states how he has been injured by their actions. Failure to do so will result in dismissal. So ORDERED by Chief Judge James E. Boasberg on February 24, 2025. (lcjcb3) (Entered: 02/24/2025) |
| 03/17/2025 | 5 | AMENDED COMPLAINT against DONALD J. TRUMP, SPEAKER OF THE HOUSE, PRESIDENT PRO TEMPORE OF SENATE, SUPREME COURT, UNITED STATES OF AMERICA filed by ANONYMOUS.(zmmw) (Entered: 03/19/2025) |
| 03/18/2025 | 6 | NOTICE of Filing Exhibits by ANONYMOUS re 5 Amended Complaint (zmmw) (Entered: 03/19/2025) |
| 03/20/2025 | 7 | NOTICE of Errors by ANONYMOUS re 6 Notice (Other), 5 Amended Complaint (zmmw) (Entered: 03/21/2025) |
| 03/24/2025 | 8 | ERRATA by ANONYMOUS re 5 Amended Complaint. (zmmw) (Entered: 03/24/2025) |
| 04/01/2025 | 9 | ORDER: The Court ORDERS that: 1) Plaintiff's 4 Motion to Proceed Under Pseudonym and Leave to File Under Seal is DENIED, subject to any further consideration by the United States District Judge to whom this case is randomly assigned; and 2) Within fourteen days of this Order, Plaintiff must file an unsealed version of his Complaint with his true name or the case will be dismissed without prejudice. Signed by Chief Judge James E. Boasberg on April 1, 2025. (lcjcb3) (Entered: 04/01/2025) |
| 04/14/2025 | 10 | SEALED MOTION for Reconsideration re 9 Order filed by ANONYMOUS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Unredacted Complaint)(zmmw) (Entered: 04/16/2025) |

| 04/21/2025 | 11 | ORDER DENYING 10 Motion for Reconsideration. Signed by Chief Judge James E. Boasberg on April 21, 2025. (lcjeb3) (Main Document 11 replaced on 4/28/2025) (znmw). (Entered: 04/21/2025) |
| 04/28/2025 | | MINUTE ORDER: In light of the Court's 11 Order, the Court ORDERS that: 1) Within fourteen days of this Minute Order, Plaintiff shall file a Notice advising the Clerk of the Court whether he wishes to proceed with filing the Complaint on the public docket using his real name, and, if so, he shall also file his 3 , 4 , and 10 Motions on the public docket as appendices to the Notice; and 2) If Plaintiff does not file such Notice within fourteen days, the Clerk is directed to terminate the case. So ORDERED by Chief Judge James E. Boasberg on April 28, 2025. (lcjeb3) (Entered: 04/28/2025) |
| 05/12/2025 | 12 | RESPONSE TO ORDER OF THE COURT re 4/28/2025 Minute Order filed by NICHOLAS WOODALL. (Attachments: # 1 Unredacted DE #4, # 2 Unredacted DE #10)(znmw) (Entered: 05/19/2025) |
| 05/12/2025 | 13 | AMENDED COMPLAINT against SUPREME COURT, DONALD J. TRUMP, MIKE JOHNSON, CHUCK GRASSLEY, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, ATTORNEY GENERAL OF THE UNITED STATES filed by NICHOLAS WOODALL. (znmw) (Entered: 05/19/2025) |
| 05/13/2025 | 15 | NOTICE of Intent to Proceed by NICHOLAS WOODALL (Attachments: # 1 Unredacted Complaint)(znmw) (Entered: 05/19/2025) |
| 05/14/2025 | 14 | NOTICE by NICHOLAS WOODALL re 12 Response to Order of the Court (znmw) (Entered: 05/19/2025) |
| 05/19/2025 | | ENTERED IN ERROR.....Case Assigned to Judge Tanya S. Chutkan. (znmw) Modified on 5/19/2025; case assigned prematurely; IFP still pending. (znmw). (Entered: 05/19/2025) |
| 05/30/2025 | 17 | REQUEST FOR SUMMONS TO ISSUE filed by NICHOLAS WOODALL. Related document: 13 Amended Complaint filed by NICHOLAS WOODALL. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(znmw) (Entered: 05/30/2025) |
| 06/11/2025 | 18 | MOTION for Order on Motion to Proceed IFP, MOTION for Leave to File Amended Complaint by NICHOLAS WOODALL. (Attachments: # 1 Amended Complaint, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(znmw) (Entered: 06/17/2025) |
| 06/17/2025 | 19 | MEMORANDUM AND OPINION. Signed by Judge Amit P. Mehta on 6/17/2025. (znmw) (Entered: 06/17/2025) |
| 06/17/2025 | 20 | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis is granted. This is a final appealable Order. Pro Se party has been notified by first class mail. Signed by Judge Amit P. Mehta on 6/17/2025. (znmw) (Entered: 06/17/2025) |
| 07/02/2025 | 21 | MOTION for Reconsideration re 20 Order Dismissing Pro Se Case, by NICHOLAS WOODALL. (Attachments: # 1 Amended Complaint, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons)(znmw) (Entered: 07/08/2025) |
| 07/14/2025 | 22 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 20 Order Dismissing Pro Se Case, 19 Memorandum & Opinion by NICHOLAS WOODALL. Fee Status: IFP. Parties have been notified. (znmw) (Entered: 07/15/2025) |

Case 1:25-cv-00112-LNA    Document 28    Filed 09/26/25    Page 5 of 6

| 07/15/2025 | 23 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee was not paid because it was filed in forma pauperis re 22 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 07/15/2025) |
| 07/17/2025 | | USCA Case Number 25-5259 for 22 Notice of Appeal to DC Circuit Court filed by NICHOLAS WOODALL. (znmw) (Entered: 07/17/2025) |
| 07/17/2025 | 24 | ORDER of USCA as to 22 Notice of Appeal to DC Circuit Court filed by NICHOLAS WOODALL ; holding case in abeyance pending district court's resolution of the motion for reconsideration. USCA Case Number 25-5259. (znmw) (Entered: 07/17/2025) |
| 07/25/2025 | 25 | NOTICE of Draft and Brief by NICHOLAS WOODALL re 22 Notice of Appeal to DC Circuit Court (Attachments: # 1 Exhibit A, # 2 Exhibit B)(znmw) (Entered: 07/28/2025) |
| 07/28/2025 | 26 | Emergency MOTION to Expedite re 21 MOTION for Reconsideration by NICHOLAS WOODALL. (znmw) (Entered: 07/28/2025) |
| 09/25/2025 | 27 | ORDER denying 21 Motion for Reconsideration; denying 26 Motion to Expedite. Signed by Judge Dabney L. Friedrich on 9/25/2025. (znmw) (Entered: 09/26/2025) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICHOLAS WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-00112 (UNA) |
| | ) |
| DONALD J. TRUMP *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Nicholas Woodall has moved timely under Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the June 17, 2025 Order dismissing this case, ECF No. 20; *see* Mem. Op., ECF No. 19 at 1 (describing the operative pleading as "a chockablock amended 'petition for grievances'"). A court may exercise its discretion to grant a Rule 59(e) motion upon finding that "there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (cleaned up). "A Rule 59(e) motion to reconsider is not simply an opportunity to reargue facts and theories upon which a court has already ruled." *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995).

Woodall does not provide any legal bases on which to grant his Motion for Reconsideration. Nor does his proposed second amended complaint, ECF No. 21-1, cure the defects of his earlier complaint. *See* Mem. Op. at 1-3. Accordingly, it is

**ORDERED** that the plaintiff's Motion for Reconsideration, ECF No. 21, is **DENIED**, as is his Emergency Motion to Expedite, ECF No. 26. The Clerk shall transmit this order promptly to the Court of Appeals.

/s/
DABNEY L. FRIEDRICH
United States District Judge

Date: September 25, 2025

DOCKET ENTRY 1

A PETITION FOR REDRESSING OF GRIVANCES FILED BY
APPELLANT

29 PAGES

Case: 1:25−cv−00112
Assigned To : Unassigned
Assign. Date : 1/15/2025
Description: Pro Se Gen. Civ. (F−DECK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    First, Thank you for the time and consideration. Requests of this document are not

2    for only review, but also reply. Its understood time's valuable, so I'll save you what I can

3    now, and take more later.

4    This petition's not only for Elect to respond, The Public's encouraged also, If

5    you're either and would like to post a reply to this docket, please refer to the section titled

6    **ELECT AND PUBLIC REPLY**.

7    The Issues of this filing and the Sign, Flyer or Communications that brought you

8    to this petition are listed following this brief introduction.

9    The purpose of this redressing is to make understood the deprivations Americans

10   of poverty are facing in the legal system and offer solutions, intended to improve the

11   wellbeing and wellfare of our nation and facilitate civic engagement, by increasing access

12   to use of the justice system. To encourage peace and prosperity. The issues are not just

13   federal, they are state issues as well. But the Federal government having power to endow

14   the people with these rights to resolve these deprivations can do both in one; If I am

15   correct. Why a sign in front of the White House, Congress, Supreme Court and other

16   locations, is because its the only option to offer swift response, while opportunity still

17   presents.

18   These issues come from a life of experiences, by myself, people I knew and know,

19   new and old research. Lacking confidence to address these issues was cause for them

20   going unaddressed, failure likely resulting in further deprivation and potentially exposing

21   what little peace was had...

22   After alternative attempts to no avail, attempts to present ideas indirectly, in

23   passing, to propose leading issues and now in the lesser, issues still present

24   unacknowledged and unrighted and so presented now to you. Begging understanding and

25   aid for the American people and myself.

1    If the views or points of the sign, flyers or communications left you with concern
2    of beliefs or intent, please count it up to lack of articulation.
3    The research was simple, phone calls, questions, online and in person inspection.
4    These issues are Ethical and Ideological ones, the solutions are reasoning
5    conclusions, mostly.  Not asking why the problems still exist, instead, asking you
6    consider where a persons entitlement to existence lies, investing in increased
7    entitlements, because happieness encourages;
8    Healthy spirits express and create with greater clarity in union than individuals
9    clouded in division and conflict. Im asking for increased facilitation of justice, To
10   empower entitlement to exist; To prevent oppression from overtaking opportunity, and
11   correct course accordingly.
12   These requests are simple things, knowledge; and the ability to exercise it.
13   To provide law books that give an American the ability to retain what every
14   human empowered seeks, existence free from injury, be it everlasting life or a moment
15   of philosophical pondering. To allow the courts to grant compensation to the poorest of
16   our nation when injured and free communities of corruption.
17   Four issues are at matter greatly, the first III, I ask for works or vow on now.
18   The others are likely either simple matters of research and pen, or ponderings of
19   governance which require knowledge and experience beyond my own, considerations
20   of possibility. In the event of belief of great burden resulting from these first VII
21   matters. I ask you state so; that I can take leave.
22
23                              Respectfully
24
25

**ISSUES**

**I.**    COURT LAW LIBRARY INACCESSABILITY PREVENTING AND
HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE)
[asking access be an entitlement of law]    6

**II.**    RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH AND
LITIGATION. (FEDERAL AND STATE) [ asking for waivers of fees preventing the
poor from effective litigation.]    7

**III.**    LACK OF A STANDARD AND PROVIDED EDUCATIONAL MATERIALS
TO FACILITATE LITIGATION PRACTICE BY PRO SE LITIGANTS.    9
(FEDERAL AND STATE) [asking for creation of a standard and required holdings of
legal texts for all federal and state court jurisdictions, to ensure fair effective litigation.]

**IV.**    DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL) Fed. civil
rules have made deposing a costly matter inaccessible to poor pro-se litigants.    12
[asking for court rule changes to ensure depositions are an accessible litigation tool.]

**V.**    THE UNSEALED INFORMA POPERUS FORM.    13
A demeaning endangering exposure of private personal info. Bank Accounts, Amounts,
Credits, Debts, property owned by pro-se litigants and their work / private affairs.
(FEDERAL AND STATE) [asking these forms are required to be filed under seal]

**VI.**    VICTIMS SERVICES: Current shortfalls to heal the injured and future
possibilities. (FEDERAL AND STATE) [ Explaining to the public, that victims
services doesn't assist at a set level of standards or provide civil representation.]

**VII.**    LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE
INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE)
[asking for research and law to establish a right to justice for those who are ill beyond
ability to protect themselves and obtain compensation when injured.]

**VIII.** QUALIFIED IMMUNITY WITHOUT INSURANCE:

Easing burdens,repairing injury, retaining respect.

[asking for research to determine what areas of law enforcement insurance can be offered

to repair injuries and damages occuring during the performance of duty.]

**IX.** A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF

PUBLIC WORRY AND CRIME OVERFLOW UNADDRESSED.

(FEDERAL, STATE, LOCAL)

[asking for consideration that research be considered, for government or private entities

to create an orderly open public forum for people to address issues of government, crime,

need and wishes.]

    **X.**    PERCEPTIONS , INJURIES, and INTENT
             [a few brief statements]


    **XI.**   ELECT AND PUBLIC: HOW TO REPLY
             [a detailing of the preferred reply method]


    **XII.**   CONTACT INFO

12 POINTS IN TOTAL //


//



//

I. **COURT LAW LIBRARY INACCESSABILITY PREVENTING AND HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE)**

The other Issues are not as rough as this first issue, It is the simplest. State research has not been completed, However the issue focus is federal courts. Where the right to equal, meaningful, convenient access to the court law libraries was not or is no longer present. The ask is for assistance, an executive order or legislation to ensure not only federal courts, but states as well be required: to provide equal, meaningful and convenient access to the law libraries and materials needed to perform educational research, pre-claim drafting research and litigation function research.

This is asked because there are several federal courthouses who did or have restricted access to law libraries, It may have been an issue of covid in some instances, But I am told the practice existed pre-covid.

In this instance the Federal courts have allowed citizen Federal Bar Member lawyers and attorneys access to the services they provide (*Computers with Pacer Docket access, Caselaw, Books and subscription services to WestLaw, Lexis Nexis, and others*), and disallowed public citizen access. The practice prevents, frustrates litigation and in some cases may defeat successful litigation, Making protecting the rights to which an American is entitled; a task that's impossible. As worriesome, is that it shows bias favor for Bar attorneys who are opponents of self represented pro-se litigants.

The courts libraries are the only entities in our nation providing the poor access to materials for legal education and litigation functions. Without them, there are no rights to justice or equality for the unrepresented.

So you are being asked to entitle the right to public equal, convenient, meaningful access to Federal and State court law libraries during all court open hours/ and events where bar attorneys have access.

1    or in the event where the right was established by some caselaw similar to [Bounds v.

2    Smith (1977)], initiate a DOJ investigation.

3    Research performed to be filed in future or on request.

4    **II. RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH**

5    **AND LITIGATION. (FEDERAL "focus"AND STATE)**

6    THE CONCEPT THE LAW SHALL BE ENFORCED, BUT A PERSON HAS NO ENTITLEMENT TO KNOW IT, SEEMS UNCONSTITUTIONAL

7    [Asking courts be required to offer forms **to waive fees for poor litigants.**]

8         Severe cost issues are present. First. The federal courts which provide waivers for

9    poor litigants who cant afford the $400 filing fees; does not provide as a general known

10   offering waivers for the poor who can not afford [1]Pacer.gov retrieval fees. Costs can be

11   several hundred dollars or more. much more. More than a poor litigant can afford.

12        The ability to review dockets from case law for educational and litigation research

13   purposes is essential to understanding and using the court system. With no standard form of

14   how to draft claims or example situations and responses being available in the books

15   commonly offered when law libraries are accessible; a self represented litigant must model

16   their filings on already existing ones. (*[2]equivalents to the educational books, such as those*

17   *offered to law students are not provided. one cause for request of Issue III.*)

18   This means a researcher/litigant must    A.) search through texts of case law opinions to

19   find similar cases (*searching by date in some instances*) This is done in law libraries,

20   (*state county law libraries*) when accessible    and then        **B.)** retrieve those dockets, to

21   review how a successful claim was written. it is by no means an explaining of how the

22   elements of the law violations are met. and often requires repeated docket searches and

23   retrievals to produce a reliable result or the hope of entitlement.  Imagine playing Nintendo

24   text games for your life. while disoriented. in severe pain and sorrow. *A.B.A.B.A.B.A.B.A.B..*

25   While wondering if there is something you didn't see.

1. Pacer.gov is a government website hosting case dockets of the federal courts from the 1990's to the present. Times vary from circuit to circuit and district, when they began using the pacer filing system.  2. The gaps in understanding a professor fills, are not in these books.

1       Thats how unrepresented litigants perform legal research and document drafting.

2   The task like this explanation is tedious and can be costly, hundreds to thousands. Because

3   Pacer fees for docket searches each cost several dollars to retrieve,  ... after a docket search

4   is performed, there is a fee for each page of the document requested (at .10 cents per page

5   with a cap at $3.00). ($12 max per instance of review, with pro-se's hitting dockets like shots

6   at closing time.)

7       [1.] For docket retrieval of non pacer paper dockets existing prior to 1990's when

8   federal courts started using pacer, costs are much higher, with per page printing at .50 cents

9   and no caps. A group of entries,  of 200 pages cost $100 and older dockets must be retrieved

10  from archives at fees that can be more than $100 to pull a single case docket *(before the*

11  *several docket entries can be reviewed and copied)*. Paper docket retrieval and copy fees are

12  not waived, to my knowledge.

13      The result is research / litigation  thats impossible for the poor. Courts do waive

14  pacer fees for university students, and select requests, but the poor researcher looking to

15  draft claim is not informed of this as standard practice or usually available form request.

16  **So its being asked, for the facilitation of justice,** That just as claim filing fees are waived,

17  The courts shall also be required to offer forms to waive pacer fees for poor litigants. [1.]

18  **That also the courts research to determine how it can offer paper docket fee waivers.**

19

20      Lastly, these documents are public record of law, necessary in understanding the law,

21  in adherence and practice. Requiring any person to pay a fee to understand their

22  responsibility and protect their rights for the betterment of themselves and the community, it

23  seems in opposition to civil or Constitutional rights, being restrictive of freedom. A burden

24  to community wellbeing. The concept the law shall be enforced, but a person has no

25  **entitlement to know it, is not American.**

---

1. It would possibly be cheaper and more productive to have the documents scanned and uploaded to
   pacer and court archive storage, than to have employees scan and print copies repeatedly.

**III.** STATE AND FEDERAL COURTS, LAW LIBRARIES HAVE NO STANDARD OF REQUIRED INFO AND EDUCATIONAL MATERIALS.

[asking for creation of legal texts, a standard of and required library holdings for all federal and state court jurisdictions, to satisfy and focus on the needs of poor litigants; without access to legal representation or funding to purchase books that come to be of no use. To educate and ensure the fair practice of the law and dispensing of justice.]

Of the several libraries of the nations courts, federal and state; Only general instruction of court processes, sporadic books, court opinions and select dockets are offered. Which makes performing litigation an uncertain guessing game for the unrepresented. This lack of educational materials to explain the orderly method and form of researching, drafting legal documents and performing litigation practices that legal professionals and the courts use results in numerous amendment filings, failures to state claim, unsuccessful litigation and burdens for courts and communities.

It prevents or reduces service of justice, where courts: 1. Dont grant compensation, despite clear injury and law violations, and 2. Further an injured parties injury with fees and fines, granting victimizers awards and their lawyers fees.

What could be more harmful to a civil society?

Again intent is not to blame, or seek injudicious accountability, You are being asked, have mercy upon those who you govern and serve. But it must be said, so you get the perspective, that is not often spoken in polite society for fear of reproach; What is understood among the poor is not the practice of law, its that the legal system is of no help. Depriving the injured and creating further injury. The cause of weeping torments,,

The Executive, Congressional and Judicial branches along with the legal communities of the nation and the people, are being asked to find solution for these deprivations of justice.

1    For elect and official to begin research, to select existing texts and create texts

2    where public need and judiciary statement is expressed, To collect existing case law and

3    docket entries for atleast common cases and create texts that educate the public in the

4    proper practices of civil litigation, to eliminate any and all barriers to justice that present,

5    to ensure that in event of injury, there exists ability and certainty in the processes to

6    obtain compensation by legal means and judicial services.

7

8    The following are areas of specific issue, which cause injured parties to

9    1. Never bring or report claims

10    2. cause court and party burden; and

11    3. defeat succsessful litigation

12    It is a self represented, perspective, not that of a legal professional, who will likely

13    reorder and add to it. The current providings, are not requirement or fully encompassing

14    of constitutional or civil laws. Neither the language or the case law of private printings

15    used is selected by the judiciary, its chosen by the publisher and the text may have been

16    purchased by a law librarian, not a legal scholar.-

17    -STANDARD TEXTS OF CIVIL/COMMON LAWS AND ELEMENTS IN EFFECT-

18

19    -SEVERAL HOW TO MANUALS-

20    -CONDUCT PRE-CLAIM DISCOVERY [using legal means to obtain evidence before

21    spoliation]-

22    -ORGANIZING DISCOVERY AND CLAIM INFORMATION-

23    -PERFORM CLAIM RESEARCH [The orderly and methodical process used by legal

24    professionals, not the guessing game of hopeless searching and asking around that is

25    currently pro-se practice]-

1   text of

2   -TESTS AND STANDARDS OF THE LAWS IN EFFECT [ The current practice of the

3   courts, and the law libraries, is to provide caselaw, and opinions, with none of the libraries I

4   have heard of or visited having texts that describe in detail the specifics of these "legal tests,

5   standards and theorys" they exist as far as the commoner is aware, in books law libraries

6   dont have or the minds of legal scholars taught from other books, cases and dockets the

7   libraries dont have. They dont exist seperate from them as a text to be easily referenced when

8   researching a claim]-

9   -HOW TO-

10  - PERFORM DISCOVERY- [The legal community is undoubtedly educated in standard

11  practices to seek information form individuals, businesses and entities they dont know the

12  workings of, at minimum a general understanding of how to go about this is needed]-

13

14  and finally among others

15  -PERFORMING LITIGATION [From -DRAFTING DOCUMENTS- to -MAKING

16  ARGUEMENTS FOR THOSE DOCUMENTS- and finally - LITIGATION IN COURT-

17

18  Whatever research finds, whatever the people tell you they fail in, whatever will give our

19  nation justice for all, That is whats being asked.

20

21  Lastly of note, with library access not being an option, Subscription services to sites like

22  WestLaw and LexisNexis are not options. Even still, the subscriptions the library's I have

23  visited purchase only the entry level, providing no secondary materials such as books,

24  articles or document drafting assistance. Even at top tier, the materials are designed for legal

25  professionals, not self represented litigants without base knowledge.(unfound)

## IV.    DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL)

Fed. civil rules have made deposing a costly matter inaccessible to pro-se litigants. Researching and implementing the best option is all thats being asked, the cheapest and most effective solution to ensure a pro-se litigant access to use this tool for obtaining justice.

Self represented litigants who cant afford the filing fees associated with federal civil claims, can likely not afford the costs of depositions; Which can be several hundred or thousands, if multiple depositions are required.

-Requiring litigants to either find agreed upon locations or rent office space.

-It also requires hiring a "court officer", a person certified by the court to administer oaths, act as witness and perform other duties, such as record responses.

In considering options,

Court reporters are already on staff, available to receive any additional needed training.

Remote depositions might be possible in situations where courts don't have space to offer and case specific issues don't require in-person deposing.

Its only a matter of what the best option is, The alternative being denied justice.

## V.    THE UNSEALED INFORMA POPERUS FORM.

A demeaning exposure of private personal info. Bank Accounts, Amounts, Credits, Debts,

Personal property owned by pro-se litigants and their work / private affairs.

(FEDERAL AND STATE)[asking for ex-parte sealing of as much as possible]

In Federal civil courts, when a self represented litigant is incapable of paying the

fees associated with filing claims, the courts offer a waiver, an Informa Poperus Form, it

varies from circuit to circuit and district to district, some have a short form, some require a

long form. (Marylands district court form is attached as EXHIBIT V.)

The forms request the info stated above and more, the form is then filed as a public

document. In the past issues of verifying poverty status may have existed, but now can be

confirmed in other ways, that don't require a person to expose their place of work (and past

work), residence, and the makes and models of their vehicle(s) etc.

All of which greatly reducing a persons likelihood of filing a claim. While the information

may be accessible online, placing it on a public docket for anyone to access can expose

poor litigants to encounters with past victimizers and give opposing parties information to

use maliciously against the poor litigant, such as anonymously or by way of unknown third

parties effecting their ability to work,maintain residency, relationship and safety.

It places victims in an unfortunate situation, Do they seek correction for injury

risking their jobs, homes, personal and relations safety, or do they allow victimization. The

latter harming not only them but also their communities.

Because of this it's being requested, that research is done to determine if there is any

reason the forms cant at-least in part be filed ex-parte under seal.

If no reason exists,

**Draft law requiring Federal and State courts to file these forms ex-parte and**

**under seal, preventing demeaning and potentially dangerous exposure.**

**VI.    VICTIMS SERVICES:** Current shortfalls to heal the injured and future

possibilities. **(FEDERAL AND STATE)**

[If you are an Elect or familiar with V.S. considering you are possibly short on

time, I will spare you from the following, it is a matter more focused on informing the

general public. Who may believe that the matters of these issues are addressed by

victims services, they're not.

This is a brief explanation of whats provided and to say simply, they could be

empowered to facilitate and direct in use of the materials created in these several issues

upon creation.]

Victims services, does not ensure victims are made whole, they ensure victims

(are able to) testify in criminal cases, give minimal direction to find legal resources not

guaranteed, give or direct to government assistance funds (not guaranteed), assist in

collection of restitution from the convicted for tangible damages such as: Credit card

theft *( If a person steals a wallet and maxes the cards, conviction restitution may require*

*the thief pay back the sum spent, but not pay for any harm to the credit, or resulting from*

*it.)*

and expenses such as Hospital bills *( Conviction restitution may require a person*

*who assaults another to pay for X-rays of a broken bone, but not the time and*

*opportunity the victim loses while being off work and the pain the incur.)*

V.S. is required and empowered by laws such as the following

( https://www.justice.gov/media/1243761/dl?inline )

*( 18 U.S.C. § 3771) ( 42 U.S.C. §10607)*

//

1    If you have ever known anyone who's been a victim of crime, you may have

2    heard of victims services, They cant provide as much as they could. In mid 2020 I did

3    some research that has since been lost, but it can be summed up, the situations have not

4    changed. Be it state or federal, victims are provided two focus areas; Victims services

5    increases the likelihood victims testify. By providing notifications of court appearance

6    responsibilities  (*if you are subpoenaed, your usually going to court, one way or another*),

7    in some instances they accompany victims as moral support and a measure of safety, also

8    providing transportation to depositions and court appearances.

9    Second, being under funded and understaffed; (V.S.) gives general information

10    for services that are not guaranteed (*They choose who receives assistance*).

11    Providing lists of pro-bono and low income legal-aid (brief consultations that

12    may or may not provide legal tool kits having some of the materials requested in the

13    issues of this document  "case law and elements of the crime or tort".

14    In these instances lawyers may not take cases if they don't appear profitable and

15    victims may not get useful consultations;  Because a person unaware of the finer points

16    of the law may omit or forget to give a specific "element" detail.

17    V.S. also facilitates dispensing government grants for victims (small sums for

18    victims to pay medical, housing and utilities and other varying offerings) and

19    Finally they provide victims with forms to detail those tangible damages (things

20    that you get receipts for). Victims services then provides these forms to the courts. Who

21    upon plea deals or convictions requires the convicted pay these costs as part of their

22    restitution. If convicts pay, is a separate matter (none of approx. 7 different States Cities

23    and Counties victims services would answer; when restitution payments start)

24    //

25    //

1    Federal and States jurisdictions have set lengths for the time restitution can be
2    collected for criminal and civil awards.
3    From talking with felons, it starts at conviction (federal caps at 15% of a convicts
4    wages) The length of time a convicted is required to pay varies from state to state,
5    federal can be 10 to 20yrs and some states have terms as short as 5yrs. What this means
6    is in the event of a person owing a restitution amount of $20,000.00 and serving a 3
7    year sentence in prison for a car theft or injury, they in many instances never pay full
8    awarded damages.
9    The result is injured parties not being made whole. The issues of this document
10   are not the only ones our justice system faces, Determining why people commit crimes
11   is a matter of greater governance, issues of economics and other factors. Where need,
12   want and conflict result in unethical or law violations. Identifying issues of lack of
13   opportunity causing non inclusive communities and acts of alienation or; ethical, moral
14   and ideological conflict. Priority mismanagement, retaliation, resentment,
15   counterculture, practices stemming from lack of justice (the issues here), ignorance,
16   mental disability and other odd circumstances, is another matter currently entirely
17   beyond my impoverished reach, not even being able to find legal aid for my own issues
18   of victimization and deprivations of rights. I cant say if punishments are fair, but if a
19   person was deprived or injured, Id expect they would want full restitution.
20
21   What I can tell you is that the issues presented would aid V.S. in the facilitation
22   of justice, allowing them to direct people to these services and their use upon creation.
23   //
24   //
25   //

## VII.  LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE)

There is currently no right to civil legal representation in the United States. Gideons Aid, is not what many believe, it is offered in limited circumstances varying in federal and state courts. What that means is in instances where a person is:

Uneducated, Severely injured to a state of pain/mental illness or Mental disabled, they have little or no options in absence of legal representation. They together are a large overlapping portion of our nation, often without ability to express injury and obtain compensation when injured, already struggling to survive.

**Uneducated**: [1.] Four in five U.S. adults (79 percent) have English literacy skills sufficient to complete tasks that require comparing and contrasting information, paraphrasing, or making low-level inferences—literacy skills at level 2 or above in PIAAC (OECD 2013). In contrast, one in five U.S. adults (21 percent) has difficulty completing these tasks

**Mentaly Disabled**: [2.] 59.3 million in 2022; (23.1%) of the U.S. adult population had some mental illness; Young adults 18-25 years had the highest prevalence of mental illness at (36.2%) adults 26-49 years (29.4%) and aged 50 and older (13.9%). Of the total population Americans with severe mental illness was 15.4 million adults aged 18 or older thats 6.0% of all U.S. adults.  People aged 18-25 years had the highest prevalence of SMI at (11.6%) compared to adults aged 26-49 years (7.6%) and aged 50 and older (3.0%)

Without legal representation, the claims of these people and the people injured to these states of existence either never happen, or are dismissed as frivolous/failure to state claim, a result of lack of understanding of how to litigate, a performance that even a well educated healthy person would hire a lawyer to do.

1. Info from the national center for education statistics:  https://nces.ed.gov/pubs2019/2019179/index.asp

2. Info from National Institute of Mental Health:   https://www.nimh.nih.gov/health/statistics/mental-illness#part_2541

1        I know for the uneducated and some mentally ill, the creation of Issues I. II. III.

2    will address the problems they face in seeking correction of injustices, But for an ever

3    growing population of mentally ill\injured and highly uneducated people on a varying

4    scale of issues, Some will always need legal assistance.

5

6        The problem isnt a question of entitlement. The right to exist with dignity, free

7    from injury and disenfranchisement, is one it would be hard to find an American willing

8    to say shouldn't be their right. So why shouldn't a mentally ill or uneducated person enjoy

9    the same rights as others. For these Americans, petition had not been made or heard. They

10   dont have the right to obtain justice, they get abused and injured and taken advantage of

11   and its allowed, often encouraged, the practice of lawfare defeats uneducated and ill

12   minded people brave enough to ask for justice, likely a few times a day in the courts of

13   our nation, likely more.

14

15       I know asking even for the first three issues is a prayer, the other option is to

16   allow robbery, bad contract, injury and death. To make by practice of the courts, these

17   Americans helpless and facilitate their torments.

18

19       In this matter the Executive, Legislative and Judicial branches are being asked to

20   initiate data collection and research from federal and state courts, to determine what

21   options are available, to modify court rules and allow early discovery, make arbitration

22   rules, determine whats possible.

23

24

25

VIII.    QUALIFIED IMMUNITY WITHOUT INSURANCE:

Easing burdens, repairing injury, retaining respect.

[asking for research to determine what areas of law enforcement insurance can be offered to repair injuries and damages occurring during the performance of duty.]

[This issue is one that is not being asked of today, as you read this, the others are, If you are interested, feel welcome to explore the issue, but it is only considerations.]

I dont believe bringing this issue hear will help these other matters, but I dont believe the elect and judiciary will be swayed on other matters; for bringing a question of solution on a matter I have never heard considered, one that since I am standing in front of The White House, Congress and the Supreme Court, In likely freezing temperatures. I though it wouldn't hurt to draw attention to.


When the judiciary in 1967 ( Pierson v. Ray) decided that law enforcers could not do their jobs without immunity, I believe one of the reasons(now a common reason) was that it would occupy too much of an officers time, and prevent them from doing their jobs, For almost 200yrs before that law enforcers were held accountable for all their errors. Several factors were likely reason for the decision, which I believe was based on an earlier one.. none of these factors which I have ever heard being mentioned, assumptions and claims, but nothing that would say if the matter is true today.

I have worked in numerous jobs, in all industry's, there are errors, damages and mistakes. Things dont just break themselves, something had to wear out or someone was at fault, but law enforcement is not an ordinary job. Qualified Immunity leaves these damages and injuries un-repaired, So it was thought, is requiring law enforcement insurance a practice capable of keeping all parties happy, allowing repair, allowing law enforcers to keep their respect, pride and personal property, //

1      without creating unreasonable burden?        The issue is accountability, not error,

2    we all know errors happen, but most of us know someone who is perverse, deceitful and

3    deceptive, who leverages the comforts and entitlements of others to their own benefit.

4    The prisons aren't the only place they inhabit, and criminals arent the only ones sneaking

5    contraband in. Im sure there are law enforcers who refuse to go to eat in their patrol zones

6    when their with that one partner, Cops who wear BLM swag because they are pressured,

7    not because they want to. Ones who buy fast cars to shake their tails before heading

8    home. [2,3] Cop gangs in California are a real thing. Ones who hate to see a lazy, corrupt

9    servant, rest on their honest good works.. (*and if your curious, most crimes go unsolved.* [4] *check*

10   *the FBI stats for specifics*).

11      Across the nation, government funded civilian review boards are being created to

12   address issues like the ones found on [1] Justice.gov , To address cop gangs like the ones in

13   california[2,3] . Law enforcers have free reign, unreviewable access to run records checks

14   without the citizenship being able to see when these events occur.....

15      So if there was a way for outside insurance agencies, to evaluate incidents,

16   injuries and training by state law officials...

17      That could reduce government spending, wouldn't law enforcers and their

18   communities be happier?

19      Allowing insurance to review incidents and raise the rates of individuals and in

20   severe problem areas, the entire force; would allow good enforcers to confidently act,

21   knowing their partner has their back and know someone else has got it too.

22   Ensuring there's someone to not just pick out the rotten apples, but also bandage the

23   wounds and pay the damages.

24

25

---

1.  https://www.justice.gov/news/press-releases?search_api_fulltext=police+investigated&start_date=&end_date=&sort_by=search_api_relevance

2.  https://en.wikipedia.org/wiki/List_of_LASD_deputy_gangs

3.  https://en.wikipedia.org/wiki/Gangs_in_the_Los_Angeles_County_Sheriff%27s_Department

4.  https://ode.ucr.ojjs.gov/LATEST/webpage/#/pages/home

**IX.**  A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF

PUBLIC WORRY AND CRIME OVERFLOW UNADDRESSED.

(FEDERAL, STATE, LOCAL)

[asking for consideration that research be considered, for government or private entities

to create an orderly open public forum for people to address issues of government, crime,

need and wishes.][If you are pressed for time, this is a matter of consideration, not a

request, and is really a pitch not research driven.]


While the city hall, communications with elect and our local churches can give

aid for some issues, They are not anonymous, nor are they always permissive or resolving

of the issues and questions we are faced with. They often give relief, and voice, not

resolution. Churches may assist in finding legal aid, but legal aid for Wyoming isnt being

provided by a parish in Maine, and legal education is not to be found, its begged for here.

City hall may address potholes and street lights, but they cant close down the boiler room

across the street defrauding people out of millions and stealing home titles, the feds cant

either, they're too busy investigating city website ransomware hijackers. Legislators can

make bills to stop people from stealing home titles (by optioning appearance, I.D. and

fingerprint at courthouses) but they cant get your house back.

-- In events of crime and victimization, an orderly topic based open government

forum, allows us to not just rely on filing police reports, talking with scattered

hierarchical support groups, telling the news and churches who cant facilitate swift

communication with other communities.

An open forum creates a larger community with the ability to move as fast as it

can facilitate communication. While being able to debate opportunist who will come

along selling home title insurance; When the money we spend on it could be pooled to

1  fund legislators hiring of private researchers to draft a bill. It doesnt get us our homes

2  back but it does mean others will be more prosperous to aid us in recovery.

3

4  It means that less planned and selfish people prone to complacency in comforts are

5  not rewarded with further easy gains on cheap opportunity and dishonesty at costs to our

6  ethics and communities.

7  - In events of growth, its free speech watered; able to flourish with the light of praise,

8  it doesn't require us to rely on elect, government and already established industry to create our

9  needs or restricting our ability to search out possibility. Imagine if we could discuss future

10  industry growth, not as the news offers us ideas people have designed for us; but among the

11  people who will need new and work new jobs and careers as automation and a.i. is introduced,

12  giving a chance to debate, plan and decide what paths to choose, while reducing the chance of

13  opportunist creating choices for us.

14  Instead of relying idly in things we are growing beyond, we start discussing what we

15  can grow into, with larger possibility in diversity of voices.

16  We cant be afraid to leave what we have in search of more. And if we cant leave what

17  we have in safety; we cant go far. Determining if its possible to operate and beneficial is the

18  question.

19  Without putting all the work on our 7000+- state and 600+ us elect and their staffs,

20  without relying on law enforcement to stop victimization by themselves, or having a select

21  few create what they want for us.

22  It doesn't have to be government operated, its a question of will it make our country better.

23  There is no denying our nation has problems, They are measurable in our ability,

24  opportunity, and comforts to involve ourselves in community, family and personal works, to

25  find solutions for dispute quickly. Or our lack of these and unresolved dispute, inability and

injury, lack of growth and helpless worry.

All courts of the nations require a litigant to show they are entitled to compensation for injury, by

way of pleading, in the early claims of the nation a person

1    X.    PERCEPTIONS , INJURIES, and INTENT

2    [a few brief statements]

3

4    In my youth I heard stories of failings of law, people failing in litigation and owing

5    hundreds and thousands in legal expenses. At a young age curious about what was illegal

6    and legal, I learned that law books are not at public library's... and there was no reason to

7    be around a bunch of law enforcers to get a glimpse at one.   I knew it was an issue, and

8    there it lay.

9        I could tell plenty stories.. about the long list of minor injustices, I have been

10    given by the judiciary, law enforcement members of the communities I have lived in and

11    trivial struggles, detailing the inabilities of our nation to uphold the law.. Hopes I have,

12        So in the absence of comforts and strength nessessary to be honest..

13

14        Faith in works, absent the need or requirement of a supreme beings existence.

15            And plenty more

16    XI.    ELECT AND PUBLIC: HOW TO REPLY

17    [a detailing of the preferred reply method]

18    If your an electorate, use the contact info, if you can get no reply, my true identity is

19    under seal in this docket or post to the docket. If your part of the public, same

20    XII.    CONTACT INFO

21

22    771-241-4590 no mailing address, no email.

23

24

25

# EXHIBIT V.

THE MARYLAND FEDERAL COURT DISTRICT INFORMA POPERUS FORM

consists of 5 pages

https://www.mdd.uscourts.gov/forms/all-forms/self_rep

[Motion for Leave to Proceed in Forma Pauperis (AO 239)]

EXHIBIT V.

Page 1 of 5

# UNITED STATES DISTRICT COURT
for the
District of Maryland

_____
Plaintiff/Petitioner

Civil Action No.

_____
Defendant/Respondent

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.<br><br>Signed: | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: |

For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | | $ |
| Interest and dividends | | | $ | |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | | |
| Child support | $ | $ | $ | $ |

| Retirement *(such as social security, pensions, annuities, insurance)* | | | $ | |
| --- | --- | --- | --- | --- |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Alimony or child support | | | | |
| Public-assistance *(such as welfare)* | | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| **Total monthly income:** | | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
| --- | --- | --- | --- |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
| --- | --- | --- | --- |
| | | | $ |
| | | $ | $ |
| | | | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name *[or, if under 18, initials only]* | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

Page 4 of 5

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payment that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes   ☐ No<br>    Is property insurance included?   ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | | |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | | |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | | |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | | |
|     Health: | | $ |
|     Motor vehicle: | | $ |
|     Other: | | |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | | |
|     Department store *(name)*: | | |
|     Other: | $ | |
| Alimony, maintenance, and support paid to others | | |

| Regular expenses for operation of business, profession, or farm *attach detailed statement* | | |
|---|---|---|
| Other *(specify):* | $ | $ |
| Monthly expenses | $ | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☐ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☐ No

   If yes, how much?  $

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.



12. Identify the city and state of your legal residence.

   Your daytime phone number:

   Your age: _____   Your years of schooling:

   Last four digits of your social-security number: _____

DOCKET ENTRY 20

AN ORDER BY JUDGE MEHTA REFERENCING DOCKET ENTRY 19

DETAILING THE DISMISSAL

1 PAGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1: 25-cv-00112 (UNA) |
| v. | ) |
| | ) |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No.

16, is **GRANTED**, and it is further

**ORDERED** the amended petition, ECF No. 13, and this case are **DISMISSED** without

prejudice.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:   June 17, 2025

/s/
AMIT P. MEHTA
United States District Judge

DOCKET ENTRY 19

THE MEMORANDUM OF OPINION FOR DOCKET ENTRY 20

3 PAGES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1: 25-cv-00112 (UNA) |
| v. | ) |
| | ) |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Nicholas Woodall filed this matter on January 15, 2025, and sought, several times unsuccessfully, to file this matter under seal and under pseudonym. Ultimately, plaintiff determined to proceed with this case on the public docket, and on May 12, 2025, plaintiff filed the operative amended petition ("Am. Pet."), ECF No. 13, under his real name. The court may now preliminarily review this matter. Upon review, the court grants plaintiff's pending application for leave to proceed *in forma pauperis*, ECF No. 16, and for the reasons explained below, this matter is dismissed without prejudice.

Plaintiff, a resident of Michigan, presents a chockablock amended "petition for grievances." *See generally* Am. Pet. He sues the President of the United States, the Speaker of the U.S. House of Representatives, the President pro tempore of the United States Senate, the U.S. Supreme Court, the Executive Office for United States Attorneys, and the Attorney General for the District of Columbia. *See id.* at 2–3. The amended petition is rambling and difficult to follow, comprised largely of cryptic ruminations, hypothetical questions, and obscure and irrelevant references. *See id.* at 4–34. At root, plaintiff challenges his limited access, as a *pro se* litigant, to federal law libraries and their materials and he further contends that, given the unlimited access

afforded to attorneys barred in those jurisdictions, he has suffered an unfairness that violates his constitutional rights. *See id.* at 9–30. He asks for assorted damages and equitable relief, including for this court to "define" the appropriate level of access for *pro se* and indigent litigants to federal law libraries. *See id.* at 31.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure, *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987), and here, the amended petition fails to comply with Rule 8(a) of the Federal Rules of Civil Procedure, which requires a pleading to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). The amended petition is neither short nor plain, *see* Fed. R. Civ. P. 8(a), the allegations cannot be described as simple, concise, and direct, *see* Fed. R. Civ. P. 8(d)(1), and the paragraphs are not limited to a single set of circumstances, *see* Fed. R. Civ. P. 10(b).

When, as here, a pleading "contains an untidy assortment of claims that are neither plainly nor concisely stated, nor meaningfully distinguished from bold conclusions, sharp harangues and personal comments [,]" it does not fulfill the requirements of Rule 8. *Jiggetts v. Dist. of Columbia*, 319 F.R.D. 408, 413 (D.D.C. 2017), *aff'd sub nom. Cooper v. Dist. of Columbia*, No. 17-7021, 2017 WL 5664737 (D.C. Cir. Nov. 1, 2017). And "[a] confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer*

*Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted). Plaintiff's amended petition falls squarely into this category.

In any event, insofar as plaintiff alleges that his lack of access to federal law libraries has infringed on his constitutional rights, he has failed to state a claim. Indeed, this court is not in a position to explore the parameters of his right of such access to law libraries, because the Supreme Court has already held that there is none. *See Lewis v. Casey*, 518 U.S. 343, 351 (1996); *see also Woodwall v. United States*, No. 24-cv-1410, 2024 WL 4839396, at *3 (N.D. Ohio Nov. 20, 2024) (explaining same to Woodall, and dismissing another substantially similar lawsuit that he filed in another jurisdiction for failure to state a claim). Simply put, "[e]vents may not have unfolded as plaintiff wished, but his dissatisfaction . . . [does] not form a basis" for a constitutional violation, *Melton v. Dist. of Columbia*, 85 F. Supp. 3d 183, 193 (D.D.C. 2015).

Accordingly, this matter is dismissed without prejudice. A separate order accompanies this memorandum opinion.

Date:  June 17, 2025

/s/

**AMIT P. MEHTA**
United States District Judge

DOCKET ENTRY 21

A MOTION FOR RECONSIDERATION FILED BY

APPELLANT DENIED BY DOCKET ENTRY 27

5 PAGES

NICHOLAS WOODALL
771-241-4590
Po box 194
Temperance Mi 48182

IN THE FEDERAL COURT OF THE DISTRICT OF COLUMBIA

CASE: 1:25-CV-00112

PETITIONER
NICHOLAS WOODALL

MOTION FOR CLARIFICATION AND
CONSIDERATION

JUDGE MEHTA

7/2/2025

1   PETITIONED/

2   PRESIDENT DONALD J. TRUMP;

3   SPEAKER OF THE HOUSE;

4   PRESIDENT PRO TEMPORE OF SENATE;

5   THE SUPREME COURT

6          MOTION FOR CLARIFICATION AND (RE)CONSIDERATION

7   Judge there is an issue at matter.

8   This "claim" was initially filed as intended to be a "petition" to the Elect and Supreme

9   Court. Not a "petitioning" in the terminology use of the courts (a matter a judge would

10  decide) but the fashion more classical to the "Olive Branch Petition" and "Deceleration of

11  Independence" being formally served to the "petitioned" parties and recorded in the

12  courts...

13  Your being asked to sign summons; Or write a simple notice to allow formal service to the

14  petitioned parties. (Attached are summons examples)

15  The right is expected as entitled; and is being asked because there are the several issues

16  showing entitlement and reason.

17

18  This forum: "the courts" is the first entitled venue of freespeech, by the (O.B.P.1775; D.o.I.

19  1776) the right to petition publicly in the courts was established; When those documents

20  were offered as articles of the courts for the King.

21  If you hold a belief founded in caselaw or Judicial powers that suggests or shows; the right

22  to notice the electorate and Judicial in the same fashion as the "Olive Branch Petition 1775"

23  and "Declaration of Independence 1776" was not a right intended and granted to the

24  people "to create lines of transparent communication with the government that all can see.

25

JUL 02 2025

1   Then please show the grounds for the ruling so that an effective Appeal can be filed.

2   Secondly the following reasons give support to use of this means of communication with

3   the elect and government.

4   This is done because of several reasons

5

6   A. Public Access to the Docket Promotes Transparency: Petition in this manner ensures;

7   The response or lack of one by elect and allows the public to press the matter and show

8   support. It enables the citizens to moniter the government's response or lack of,

9   and further urge response or resolution consistent with democratic principles and the

10  peoples wishes. It it the most and only reason that truly is at consideration; however

11

12  B. There are several issues of politics, opinion and interests involved in this matter.

13  Errors and deceptive practices happen in Congressional offices. From avoidance to lies

14  for the sake of feelings and politics (for time and staffer ability). Its just what politicians

15  do, they govern the best they can.

16

17  But Elect, Government officials and their staffers can not always be trusted, be it a big

18  matter such as this or a small matter where the office just ignores it and moves on to

19  something bigger. So to prevent any undue delay or avoidance, this petition is the only

20  route. The following are some notable staffers who recently were caught in improper

21  behavior or illegality and a few issues I have run in to with staff as a common practice.

22  //

23

24

25

1. Roe v. Wade Draft Opinion Leak (2022) – Supreme Court

Incident: A full draft opinion in Dobbs v. Jackson Women's Health Organization, which

overturned Roe v. Wade, was leaked to Politico before the decision was officially announced.

the leaker was not publicly identified despite an internal investigation.

Source: SCOTUS statement (Jan 2023)

https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_01-19-23


2. House IT Scandal (Awan Brothers, 2017)

Incident: Imran Awan, an IT staffer for multiple House Democrats, was accused of

mishandling sensitive government data and improperly accessing servers. Awan later

pleaded guilty to unrelated bank fraud, but no espionage charges were filed.

Source:   https://www.csoonline.com/article/565098/no-congressional-background-check-

for-it-contractor-charged-with-fraud.html

 [the link includes a case number] [[[The DOJ made a Press Release but the links are

broken]]]]


3. Longtime Director of Security for the Senate Select Committee on Intelligence Accused of

Lying to FBI About Repeated Contacts with Reporters.

James A. Wolfe had leaked documents to reporters

Source: https://www.justice.gov/usao-dc/pr/former-us-senate-employee-indicted-false-

statements-charges

1      4. The US Congress has a known and repeatedly poor practice of using staffers as

2     walls when avoiding issues or choosing to de-prioritize issues that could be seen as

3     politically deaf or effecting their elect-ability. Its not fair to put a staffer thru that; but

4     they do and This practice of petitioning in the courts removes any would be confusion

5     about the details of the communications or the elects position. There is avoidance but

6     theres also accountability.(actual evidence documents and recordings of these practices

7     can be produced if necessary)

8

9      5. Just weeks ago I recorded a phone conversation with a US congressional

10     office; the staffer, an unpaid intern said they were taking notes. After a 5 minute back

11     and forth, i gave them my contact info, they confirm they got it and when asked, could

12     not repeat it back (not the first time this has happened)

13      6. Staffers lie: They might say an issue is "on the calender" for research or

14     drafting and when time comes they pass (I have documentation of this) or say

15     something came up.

16      7. Staffers are trained to ignore mail and generally act dishonestly (in constituent

17     communications): They will often say they get hundreds or thousands of emails every

18     day (the response if asked to confirm email receipt), Congressional staffers often send

19     out generic responses to letters,, They have auto penned generic reply statements for

20     every topic you can write them about.

21     It is franked "horse mail" (named after the practice of US Congress have their staffers

22     sign their name for delivery of horses and property to and from D.C.)

23     I can show several generic response letters and genuine requests. (since my credibility on

24     writing clarity may be at question after your ruling on the claims)

25      8. To ensure their is no confusion in communication or filing...

So considering I have waited 6 months to have this petition served upon the elect, and considering the great possibilities of error and deception possible, innocent, an inability of governance or intentional.

(If there is any question to any of the instances not being common practice, I will submit the evidence).

With respect,

I am asking you to allow me to formally serve the attached petition and notice(s) of service upon:

The President

The House

The Senate

The US Supreme Court

and leave this docket open for response.

Finally, in regards to the dismissing of the claims; the only question that I have is, understanding that a judge is not required to detail the specifics of why they make an order, but considering the gravity and the amount of people affected by this ruling and your statements, Can you confirm it was the color and opinion in them. ( The checkablock, ruminations, etc.) or was it an issue of failure to meet the elements; If so providing your notes will allow addressing any issues in refiling.

Respectfully  submitted by NICHOLAS WOODALL on 7/2/2025 to the courts

by DCD_intake@DCD.uscourts.gov

DOCKET ENTRY 27

AN ORDER FROM JUDGE FREIDRICH

DISMISSING CASE

1 PAGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICHOLAS WOODALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 25-00112 (UNA) |
| | ) |
| DONALD J. TRUMP *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Nicholas Woodall has moved timely under Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the June 17, 2025 Order dismissing this case, ECF No. 20; *see* Mem. Op., ECF No. 19 at 1 (describing the operative pleading as "a chockablock amended 'petition for grievances'"). A court may exercise its discretion to grant a Rule 59(e) motion upon finding that "there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (cleaned up). "A Rule 59(e) motion to reconsider is not simply an opportunity to reargue facts and theories upon which a court has already ruled." *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995).

Woodall does not provide any legal bases on which to grant his Motion for Reconsideration. Nor does his proposed second amended complaint, ECF No. 21-1, cure the defects of his earlier complaint. *See* Mem. Op. at 1-3. Accordingly, it is

ORDERED that the plaintiff's Motion for Reconsideration, ECF No. 21, is **DENIED**, as is his Emergency Motion to Expedite, ECF No. 26. The Clerk shall transmit this order promptly to the Court of Appeals.

/s/
DABNEY L. FRIEDRICH
United States District Judge

Date: September 25, 2025