United States Court of Appeals
For District of Columbia Circuit

Nicholas Woodall

po box 194

Temperance Mi 48182

stewartj402000@gmail.com

771-241-4590

NOV 2 0 2025

United States Appeals court for the **RECEIVED**

District Court of the District of Columbia

| | |
|---|---|
| 1 | NICHOLAS WOODALL | No. 25-5259 |
| 2 | Appellant | D.C. 1:25-cv-112 |
| 3 | v. | APPEALANT EXHIBITS FOR APPEAL |
| 4 | Donald J. Trump, President, et al., | FROM FINAL DECISION |
| | Appellees | 11/17/2025 |

6          APPEALANT EXHIBIT A; B; C

7   The following is EXHIBIT set for Appellants Brief filed on 11/13/2025

8   These Exhibits are in my opinion munotinous and time consuming and only

9   presented in the event the Judiciary is in a position of denying the right to

10   petition in the courts, They also may fail to comply with the court rules on

11   Exhibit production, except being only persuasive of the possibility that these

12   events could occur to hinder petitioning.

13

14   Exhibit A: a list of notable instances supporting court petitioning preserved and

15   accessible outside the Legislative branch.     Page   2

16   Exhibit B: an avoidance of communication by congressional staff (or the elect)

17   of Raul Grijalvas office. Page   12  11

18

19   Exhibit C is a generic reply set.     Page   15   14

20   Respectfully submitted by NICHOLAS WOODALL       on   11/17/2025

1

EXHIBIT A

9 of 6 Pages

2 - 16

1  The following exhibits are to show that preserved communications are

2  necessary to ensure healthy control of government. Of most value to my

3  argument are points 9. and 10. and the considerations they ask, as well as

4  14, 15, 16. (especially 15 showing stonewalling)

5

6  Making me question if court petitioning beyond the hands of the

7  congressional branch is the best practice of ensuring government

8  accountability that can exist in our form of government.

9

10  There are several issues of politics, opinion and interests involved in

11  this matter. Errors and deceptive practices happen in Congressional offices.

12  From avoidance to lies for the sake of feelings and politics (for time and

13  staffer ability). Its just what politicians do, they govern the best they can.

14  But Elect, Government officials and their staffers can not always be trusted,

15  be it a big matter such as this or a small matter where the office just ignores

16  it and moves on to something bigger or more favored. So to prevent any

17  undue delays or avoidance, court petitioning is the only route for the

18  grievances of some.

19  The following are some notable staffers who recently were caught in

20  improper behavior or illegality and a few issues I have run in to and noticed

21  to cause concern.

3

1. Roe v. Wade Draft Opinion Leak (2022) – Supreme Court

Incident: A full draft opinion in Dobbs v. Jackson Women's Health Organization, which overturned Roe v. Wade, was leaked to Politico before the decision was officially announced. the leaker was not publicly identified despite an internal investigation. Source: SCOTUS statement (Jan 2023)

https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_01-19-23


2. House IT Scandal (Awan Brothers, 2017)

Incident: Imran Awan, an IT staffer for multiple House Democrats, was accused of mishandling sensitive government data and improperly accessing servers. Awan later pleaded guilty to unrelated bank fraud, but no espionage charges were filed. Source: https://www.csoonline.com/article/565098/no-congressional-background-checkfor-it-contractor-charged-with-fraud.html

[the link includes a case number] [[[The DOJ made a Press Release but the links are broken]]]]


3. Longtime Director of Security for the Senate Select Committee on Intelligence Accused of Lying to FBI About Repeated Contacts with Reporters.

James A. Wolfe had leaked documents to reporters

Source: https://www.justice.gov/usao-dc/pr/former-us-senate-employee-indicted-falsestatements-charges

4. Sterling Carter, 24, of Glenwood, Georgia, Director of Operations to Unnamed Member Theft of public funds; totaling $79,491.    Criminal WASHINGTON – A former Congressional staffer pleaded guilty today to theft of public funds in connection with his scheme to fraudulently inflate his salary and bonus payments, thereby paying himself more than he was legitimately owed... https://www.justice.gov/usao-dc/pr/former-congressional-staffer-pleads-guilty-theft-public-funds

5. A story about several sexual harrasment cases involving US Congress https://www.cnn.com/2017/11/16/politics/settlements-congress-sexual-harassment

6. An example of a party politicians subordinate committing fraud Samuel Miele Convicted of Impersonating High-Ranking Aide to House Leader to Obtain Campaign Contributions https://www.justice.gov/usao-edny/pr/congressional-campaign-staffer-pleads-guilty-wire-fraud

https://perma.cc/65M8-UWS2

7.     Ann Copland part of the Abramoff scandal convictions.

A former congressional staffer pleaded guilty today to conspiring with others to commit honest services fraud, Acting Assistant Attorney General Rita M. Glavin of the Criminal Division announced.

https://www.justice.gov/archives/opa/pr/former-congressional-staffer-pleads-guilty-conspiracy-commit-honest-services-fraud

https://perma.cc/9P7V-9YPP


8. Former Congressional Aide Mark D. Zachares Pleads Guilty to Public Corruption Charge

https://www.justice.gov/archive/opa/pr/2007/April/07_crm_283.html

https://perma.cc/F9YD-FGRX

6

9. CONGRESSWOMAN AND STAFFER STEALING MONEY FORM KIDS

SCHOLARSHIP FUNDS: Guilty on Fraud and Theft Charges

https://www.justice.gov/archives/opa/pr/former-chief-staff-member-congress-

pleads-guilty-fraud-and-theft-charges     https://perma.cc/VT96-3E7T


10. Some other notable instances (500+) of US congressional members unethical

and illegal acts are hosted on    https://www.govtrack.us/misconduct    also perma

linked https://perma.cc/F4A6-QS44

and other instances of federal and state on

https://ballotpedia.org/Misconduct_in_American_politics_(2025-2026)


       Including several events of recent for arrest and censure showing general

consent of law violation and ignoring of congressional rules.. trivial matters all

showing both parties members in a notable portion believe that the way to change

law and rule is to violate it. It makes me think that might be the way they want

people to go about making change, as opposed to doing the work, research and

debate in humble suffrage and deprivation (which at times has shown to be

necessary, further supporting the practice of court docketed petitioning).

       The question never asked, to what extent do these electorate believe a

practice of law violation is appropriate.

How they context it; a dangerous matter of conversation indeed.

7

1  They also include other character defining acts such as bribery, corruption, sexual

2  harassment and other practices like:

3       A long list of US lawmakers being found to have failed to know the laws and

4  congressional rules before using official funds for personal purposes; often being

5  found to have committed violations unknowingly, Judges are on occasion cited as

6  saying ignorance of the law does not equate to innocence and a failure by a law

7  maker to have an established understanding of the law and a firm ability to cite it by

8  memory due to an ongoing *study of ʄit* being important .

9

10       THE SAID AND FOLLOWING INSTANCES SHOWING FAILURES OF

11  CREDIBILITY, INTEGRITY, COMMITMENT AND HONESTY AND THEIR

12  ABILITY TO HIRE, COMMAND AND CONTROLL STAFF UNDER THEIR

13  SUPERVISION, SHOWING QUESTIONS OF AN ABILITY TO LEAD AND

14  OPPERATE A FUNCTIONING CONGRESSIONAL OFFICE WITH ETHICAL

15  AND PROFFESSIONAL STAFF.

16  All of these speak to their character, their parties and the people who elected them.

17       The following are some instances I and others have encountered; While the

18  practice may at times be reasonable to facilitate priorities and account for strain on

19  governmental offices; the practices are often applied in a dishonest manner that

20  subvert and defeat 1st amendment assembly of the people and the rights being

21  petitioned for. Instead of blunt honesty offices are deceptive.

ʄ: a qualification and term limit issue, another issue where petition of the matter in the courts circumvents a subversion of the peoples will and prevents control of government while elect and parties hold seats indefinitely. (disregard if you do not understand the conveyance)

8

11. The US Congress has a known and repeatedly poor practice of using staffers as walls when avoiding issues or choosing to defeat them. Instances that could be seen as politically unfavorable, unknown to them or effecting their elect-ability. Its not fair to put a staffer thru that; but they do (the staffer breaks hard ethics and principles of honesty, a problem with using staff lacking life experiences; but also considerably a benefit because the kids are more likely to speak up or spill the info; however a serious issue when they have interactions with sensitive info handlers, too old also presents ˢits issues)

12. Several months ago I recorded a phone conversation with a US congressional office; the staffer, an unpaid intern said they were taking notes. After a 5 minute back and forth, I gave them my contact info, they confirmed they got it and when asked, could not repeat it back (not the first time this has happened, and its believed to be a common practice, Where they are trained to determine if a matter is of value "to the elect office" and never document the info. )

S. Where pride and entitlement issues can intersect with a refusal to admit declines and failures in cognitive abilities to meet the needs and challenges of government offices and service to the people in forwarding their interests.

9

13. Staffers and Elect lie: They might say an issue is "on the calender" for research or drafting and when time comes they pass (see 15.) or say something came up.

14. Staffers are trained to ignore mail and generally act dishonestly (in constituent communications): They will often say they get hundreds or thousands of emails every day (the response if asked to confirm email receipt), Congressional staffers often send out generic responses to letters,, They have auto penned generic reply statements for every topic you can write them about. It is franked "horse mail" (named after the practice of US Congress have their staffers sign their name for delivery of horses and property to and from D.C.). A dishonest practice, Where the elect and their offices as a congressional practice in both parties; instead of notifying petitioners of a threshold of data and support they require to take action on an issue, pre draft topic generic responses to common complaints and questions, (some times stating what they are doing to fix issues, "as you know" "well aware" "support for bill#") but failing to respond to specifics that may have merit unresearched and ignoring them and appropriating ideas and omitting portions defeating the principle reasoning behind them.

15. Exhibit b) is a set of correspondences with the office of deceased House member Raul Grijalva. The communications ended abruptly and calls and emails were not responded to.

Exhibit B

An instance of avoidance by the office of Raul Grijalva        pages

Court deadlines and other time constrains prevented a production of the letter being responded to, but it is clear from the context and the details unrelevant. Where it is here only to show an instance of avoidance that hindered the petition grievance process. Had this communication occurred in the courts docket it would have certainly resulted in a final response or allowed attempt to resolve the matters petitioned of.

legislation linkhttps://capitol.texas.gov/BillLookup/history.aspx?LegSess=85R&Bill=SB30

**Benzoni, Rachel** <Rachel.Benzoni@mail.house.gov>    Tue, Dec 22, 2020, 7:29 AM  ☆  ↩  ⋮

to me ▾

Good morning Nicholas. I am looking into your legislation proposal. It is an important issue which will require some sustained effort over the coming months.

I suggest that, while we are looking into this at a federal level, you also contact and work with state and local governments as this is mostly under their purview and jurisdiction.

**Rachel M Benzoni** (she/her/hers) | Albert Einstein Distinguished Educator Fellow

Congressman Raúl M. Grijalva | Arizona District 3

202.225.2435 | 1511 Longworth HOB

 **Albert Einstein**
*Distinguished Educator Fellowship Program*

Please consider the environment before printing this e-mail.

**Coronavirus Resources:** https://grijalva.house.gov/coronavirus-information/

EMAIL RESPONSE 1



**nick**
to Rachel ▾

Dec 27, 2023, 2:09 PM  ☆  ↩  ⋮

Hi Rachel,

That's great news. Before I get ahead of myself, take too much of your time or the time of state legislators, attorneys and the phoenix police (union), can you tell me specifically which ideas and if the routes of accomplishing these goals matches with the way you think you may be writing the legislation. Such as having states make these programs individually, with certain requirements met to fulfill their obligation and which agencies or organizations will be tasked with these duties ???

I was very happy to see you show interest in the education of interactions program. In that particular instance I am reaching out to the phoenix police and their union about designing a very brief video for classrooms, public centers, libraries etc. (3 to 5 minutes long and a pamphlet with the same info on it).

Will you also be checking into language translations of law? Only criminal translations, criminal and other.. or translations of everything that governs? For translations I was thinking of contacting the state bar and courts translators and am still searching for approval from az legislators. Are you also checking into creating legal consultation for answering questions and including pain and suffering restitution in victims rights assistance programs.. I am reaching out to state legislators the az bar and the counties victim rights programs on these issues. any direction or suggestions would be appreciated.

Finally it may be too soon.. but can you tell me if this office would be interested in hearing further or investigating the possibility of introducing legislation that: Educates and discusses legislation in highschool classes as a requirement of states curriculum, with the goal of creating and promoting better understanding and higher involvement in government. I believe that currently no national curriculum exist and making a law that introduces just this one addition to classes (or takes from a portion of a class) could be done without having to take a position on national curriculum, If your interested or have suggestions in where I should be looking, such as modifying a college course or others I would appreciate it.

This is what I'm thinking so far.
* Government legislation: A time period in highschool curriculum where students are introduced to and discuss current and past legislation on a federal and possibly state level.

The goal of this class is to promote awareness and involvement in government.
Making a required 15 minute period daily or one full class period a week in high school history or government classes that explains a brief history of and how legislation works, then visits senate.gov and house.gov websites to view and discuss past and current legislation. Not a reading of entire documents, instead focusing on the impact that the legislation will have or had, student thoughts on improvements and any possibilities such as directions it can take our country or others....... This is only an idea, uneducated and uninvestigated, But I am curious into your thoughts.

Thank you, I hope to hear from you soon and sorry again for taking your time, don't put too much thought into it and keep up the good work.

Nicholas Woodall



starred   **Benzoni, Rachel**

Jan 8, 2021, 11:45 AM  ☆

EMAIL RESPONSE 2

**Benzoni, Rachel** <Rachel.Benzoni@mail.house.gov>

Fri, Jan 8, 11:45 AM

to me

Hi Nicholas,

I apologize for the delay in answering your query. As you can imagine, it's been quite the flurry of activity here. I have passed on your idea to our legislative director and she will let me know what, if any, moves we can take at the federal level.

As we discussed previously, law enforcement is almost entirely a local state level issue, so my first suggestion would be to look into bills which have been written by AZ state legislators to see which ones might be interested in your cause as well as advocacy organizations who pursue the same ends. I think the idea of creating something to distribute as an example will be worth showing them. This suggestion also covers your question about translations of law into other languages, as there has been no adoption of languages other than English as an official language of the United States. However, other countries such as South Africa have multiple official languages, so looking at how that legislation was crafted and passed may be worth your while.

Regarding your question about a national curriculum, the Constitution mandates that states oversee that which the federal government does not, namely, what is taught in schools. Therefore, a mandated national curriculum of any kind would be unconstitutional. We can only require that standards be adopted by states, not what those standards are. Believe me, as a science teacher, I sometimes wish that there was a requirement for some things to be taught, but it is against the law for the federal government to require that.

However, it should hearten you that government is a required course in most, if not all states, and many available curriculums do cover what you suggested. If I were you, I'd look into readily available curriculums to see what they teach. If they do not cover what you think they should, then it sounds like you have a business opportunity to create such a curriculum!

Hope this helps.

\*\*\*

**Rachel M Benzoni** (she/her/hers) | Albert Einstein Distinguished Educator Fellow

Congressman Raul M. Grijalva | Arizona District 3

202.225.2435 | 1511 Longworth HOB


Albert Einstein
Distinguished Educator Fellowship Program

Please consider the environment before printing this e-mail.

**Coronavirus Resources:** https://grijalva.house.gov/coronavirus/uniform19cov/



EMAIL 4

Staff could then not return calls and give updates, this effectively prevented the petitioning and preempted any further action in its avoidance tactics. The entire Hispanic Caucus is/was well aware of past and current language translations of law issues, choosing to avoid it. Though if I were to argue it, it would be a right that should be entitled to ensure civility in communities; not a right that was simply unexherted.



nick
to Rachel ▾

Mar 11, 2021, 2:12 PM

Hi Rachel

I am reaching out to you for an update on the issues that this office was looking into. About creating Educational materials for interactions with law enforcement and measures of punishment. Law translations into the languages of the world and the addition of law resources with accompanying questions to naturalization tests. Consultants for answering legal questions.

Assured easy access to these materials, programs and the inclusion of pain and suffering restitution in states protection for victims rights.

Can you tell me anything about what has been found? What can be done and how soon?

Thankyou

Nicholas Woodall

...

15

EXHIBIT C    6 pages

V. Escobar of Texas 2 pages

R. Gallego of Arizona 2 pages

14

A generic reply from Veronica Escobar of Texas    2 Pages

17487

EMAIL    P1        THIS WAS NOT A CORONA VIRUS REQUEST BUT THE SAME LETTER SENT TO GRIJALVA AND VP HARRIS IN HER CALIFORINIA OFFICE AND AT "1 OBSER... IN D.C."



**VERONICA ESCOBAR**
16TH DISTRICT, TEXAS

**FRESHMAN CO-REPRESENTATIVE TO LEADERSHIP**
**ASSISTANT WHIP**
**HOUSE ARMED SERVICES COMMITTEE**
SUBCOMMITTEE ON MILITARY PERSONNEL
SUBCOMMITTEE ON READINESS

**HOUSE JUDICIARY COMMITTEE**
SUBCOMMITTEE ON THE CONSTITUTION,
CIVIL RIGHTS, AND CIVIL LIBERTIES
SUBCOMMITTEE ON IMMIGRATION
AND CITIZENSHIP

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515**

**WASHINGTON OFFICE:**
1505 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4831

**EL PASO OFFICE:**
221 N. KANSAS STREET, SUITE 1500
EL PASO, TX 79901
(915) 541-1400

http://escobar.house.gov

December 29, 2020

Mr. Nicholas Woodall



Dear Mr. Woodall:

Thank you for contacting me to share your thoughts and concerns on the issues that are important to you and to our community. I appreciate hearing from you and welcome the opportunity to respond.

The coronavirus (COVID-19) pandemic is top of mind for all of us. As we worry about our loved ones, take precautions to avoid getting sick, and pray for an end to what has been the most challenging global health crisis in our generation, I'd like to share the work I've done in Washington, D.C. and in El Paso.

The effects of the pandemic in El Paso have been catastrophic and deeply painful: over 1,400 El Pasoans have died, more than 8,000 filed for unemployment in November alone, and 1 in 5 children are suffering from food insecurity. From the early days of this deadly pandemic, I've sounded the alarm about the crushing impact this would have on minority communities like ours and have advocated and voted for critical relief legislation to protect the lives and livelihoods of El Paso families, workers, and small businesses.

I voted for seven COVID-19 relief packages in the House, including the bipartisan CARES Act, which secured over $145 million in funding for El Paso workers and their families. I secured $39 million in funding for local health care providers, including community health clinics, ensured over 89,000 jobs were retained in El Paso and an estimated $575 million was

18

EMAIL     P3    THE SCREENSHOT FOR P2 COULD NOT BE FOUND AND
TIME AND INTERNET CONECTIVITY ISSUES PREVENTED A SEARCH
IN MY INBOX

I've met with constituents and I've read through court documents that show alarming trends in our community. It couldn't be clearer that we've needed local reform for many years. My commitment to justice and equality doesn't begin or end with my support for Black Lives Matter or police reform. I remain committed to exposing the erosion of human and civil rights at the border in communities like ours, working to reform our federal law enforcement agencies like DHS, and I will continue to work for comprehensive immigration reform - striving for laws that reflect our nation's values instead of policies that are rooted in cruelty. El Paso has been the testing ground for some of the most inhumane immigration policies we've ever seen, and it's on all of us to fight for the dignity of every human being. I certainly am committed to doing so.

There are many other issues that I've tackled, but I want you to know that my priority is getting El Paso the resources we need, elevating our community and ensuring that decision-makers understand the potential and promise of our great community.

During my first term of Congress, I secured over $981 million for COVID-19 funding in El Paso, $228.7 million in federal grant money, and $12.9 million federal dollars recovered for El Pasoans. I held 305 virtually and in-person meetings with constituents, hosted 84 events and 28 town halls. With your input and voice, I introduced 14 bills and cosponsored 484 bills. If you would like to learn more about my work, please visit my website.

Thank you for the privilege you've given me to serve our community and represent you in Congress. I am so incredibly proud of our community - resilient, generous, kind and filled with good will. In the face of every challenge, El Pasoans take care of one another. I'll continue serving you and your families and look forward to listening to your thoughts as we enter the 117th Congress. Again, thank you for taking the time to share your thoughts with me. To better stay in touch and receive my updates, please sign up to receive my e-newsletter here.

Sincerely,

Veronica Escobar
Member of Congress

VE/AM

A generic reply from Ruben Gallego of Arizona    2 Pages

26

EMAIL   1 OF 2        THIS GENERIC RESPONSE WAS GIVEN BY GALLEGOS
OFFICE IN RESPONSE TO I BELIEVE THE SAME LETTER AS THE OTHERS IF IT
WAS NOT IN REGARDS TO A REQUEST TO MOTIVATE THE FBI TO ASSIST IN
STOPING A PHX ORGANIZATION FRAUDING MILLIONS OF DOLLARS IN KIDS
CHARITY DONATIONS SAYING 100% GOES TO THE KIDS THEY HAVE
OPPERATED IN ATLEAST 7 STATES AND SEVERAL OF THEIR CITIES AND NO
LAW ENFORCEMENT HAS ASSISTED OR EVEN OFFERED SUGGESTIONS.. THE
STATUTES ON THE EVIDENCE I HAD SUBMITTED HAS LIKELY EXPIRED

## Representative Ruben Gallego responding to your message   Inbox ×

**Representative Ruben Gallego** <AZ07RGIMA@mail.house.gov>
to me ▾



RUBEN GALLEGO
7ᵀᴴ DISTRICT, ARIZONA

COMMITTEES
ARMED SERVICES
SUBCOMMITTEES
TACTICAL AIR AND LAND
MILITARY PERSONNEL

NATURAL RESOURCES
SUBCOMMITTEES
CHAIRMAN, RESEARCH PEOPLES OF THE U.S.
NATIONAL PARKS, FORESTS, AND PUBLIC LANDS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515**

1131 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225 4065

DISTRICT OFFICE
1601 N. 7ᵀᴴ STREET
SUITE 310
PHOENIX, AZ 85006
(602) 256 0551

December 11, 2020

Mr. Nicholas Woodall
3223 West Indian School Road
Phoenix, AZ 85017-4070

Dear Mr. Nicholas Woodall,

Thank you for contacting me to express your concerns regarding police brutality and accountability. I appreciate hearing from you on this important issue.

While the President continues to stoke the flames of division, fear, and racial tension, Congress must lead our nation during this time of crisis. We must work to heal the festering wounds that structural racism, systemic inequalities, and injustice have caused for so long. We need fundamental, transformational change of the relationship between the law enforcement community and Black and Brown Americans in this country, and I am inspired by the people advocating for that change in the streets. In order to make that change a reality, I am an original cosponsor of the Justice in Policing Act, which is led by the Congressional Black Caucus.

21

EMAIL  2 OF 2      THIS IS ACTUALLY  THE END OF THE INCREDIBLY LONG
"ALL ENCOMPASSING" GENERIC REPLY LETTER, THIS WAS AN ISSUE OF AGAIN
TIME AND INTERNET ACCESS TO RETRIEVE THE ORIGINAL EML FILE.

I will never stop advocating for criminal justice reform and racial justice.  I was proud to vote for the
Justice in Policing Act when it passed the House on June 25, 2020. As long as I have the honor to serve as
your Representative in the United States House of Representatives, I will continue working to pass
important, life-saving legislation to combat police brutality and systemic racism in Congress.

Hearing from the constituents I serve is important to addressing the needs of Arizona's 7th District.
Thank you for sharing your thoughts, and I hope you will continue to keep me informed regarding issues that
concern you. I encourage you to visit my website rubengallego.house.gov to sign up for my e-newsletter or
follow me on Facebook, Twitter, and Instagram to receive periodic updates on my activities as your
representative in Washington, D.C.

Sincerely,

Ruben Gallego

Member of Congress

P.S. Did you know that as your representative I can submit inquiries on your behalf to federal agencies?
While my staff and I cannot make an agency change a decision or alter a policy, we are often able to help
answer questions and resolve delays. Please visit here for more information.

22

PRIORITY MAIL

PRIORITY MAIL

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED





**UNITED STATES POSTAL SERVICE**

*Retail*

**P**

### US POSTAGE PAID
## $11.90

Origin: 43551
11/17/25
3865590338-04

### PRIORITY MAIL®

0 Lb 14.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 11/22/25

C003

SHIP TO:



333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

---

#### USPS TRACKING® #



9505 5140 4812 5321 3793 30



USPS.COM/PICKUP

Schedule free Package Pickup, scan the QR code.

PAPER POUCH

FROM: Nicholas Woodull
Po Box 194
Temperance Mi 48182

TO:

CLERK OF COURT
U.S. FEDERAL COURT OF
333 Constitution Ave
Washington D.C. 2






PS00001000014