Nicholas Woodall

po box 194

Temperance Mi 48182

stewartj402000 @ gmail.com

771-241-4590

United States Appeals court for the

District Court of the District of Columbia

| | | |
|---|---|---|
| 1 | NICHOLAS WOODALL | No. 25-5259 |
| 2 | Appellant | D.C. 1:25-cv-112 |
| 3 | v. | APPEALANT AMENDED |
| 4 | Donald J. Trump, President, et al., | APPEAL FROM FINAL DECISION |
| 5 | Appellees | 12/3/2025 |

6  APPEALANT AMENDED APPEAL FROM FINAL DECISION

7

8  INTRODUCTION

9         The following is Appellants appeal from final decision. This appeal

10  has no defendant as its path thru filings has been distorted and it preempts

11  any defendant response; or grounds to claim a defendant.

12  I apologize it is reiterative in persuasive points to argue valid application of

13  the right and may be absent of consideration for all applicable ~~constitutional~~

14  considerations; but unfortunately I can not write it more concisely than it is.

15         There is one question you are being asked to rule on; Where malicious

16  computer alterations and doxing have resulted in my drafted documents not

17  being the documents docketed, the arguments not being recognized by the

18  judges presiding or they refused to acknowledge it.

19  You are asked to rule on one unanswered issue, to clearly show grounds

20  against or to rule in favor of a both historical and here renewed//

1

1       practice of: Petitioning for redressing of grievances regarding of all

2 matters to the government and elect; in the nations courts by allowing the

3 docketing of petitions in the courts:

4       It is being argued the courts when filing fees are paid; have a duty to

5 docket miscellaneous filings of petitions, to facilitate certainty of delivery

6 and unaltered public view of these petitions of grievances and any replies

7 or debates, should the government, elect and officials petitioned chose to

8 respond.

9       That just as the [Magna Carta of 1215] started Great Brittan down a

10 path of allowing petition to the King (and lower titled officials) the

11 [English Bill of Rights 1689] furthering it; allowing the people to address

12 areas where the law lacked remedy for injury, where legislation (or acts

13 \inaction of the government) created burdens upon the people and they

14 found reason to request alteration of law. That so too the practice is one of

15 the unenumerated rights entitled by the US Constitution.

16       That altho the practice was changed by the separation of powers,

17 resulting in Congress accepting and reading petitions in the records or

18 annals of congress. That former high regards has been diminished and

19 diluted by ease of and mass communications along with other practices;

20 this appeal argues the right is still retained.

21 [Appelant Note:The writings and caselaw to support the right I could find were quite bare (the nature of

22 recording early congressional meetings and times meant that the first meetings were written by hand of

witness') and the closure of the Library of Congress (an essential service arguably) did not aid in this

23 appeals drafting.]//

1
2
3
4
5
6

## TABLE OF CONTENTS

7

8     TABLE OF AUTHORITIES ............................PAGE 6

9     JURISDICTIONAL STATEMENT ........................PAGE 8

10    STATEMENT OF THE ISSUES ...........................PAGE 9

11    STATEMENT OF THE CASE ...............................PAGE 10

12    SUMMARY OF THE ARGUMENT ....................PAGE 11

13    THE ARGUMENT .........................................PAGE 14

14          PORTIONS OF ARGUMENT

15          What is being requested ................. PAGE 15

16

17    The first amendment: assembly and the petition right .........PAGE 15

18    3/4 a Millennium of petitioning government ......................PAGE 17

19    Consideration of the courts burdens to facilitate the right; Argument against

20    time, place, manner restrictions and shortfalls of the current Congressional

21    petitioning process ..................PAGE 20

22
23

TABLE OF CONTENTS CONTINUED

The unenumerated 1st amendment groundings of the right to petition for redressing of grievances and request debate of the government in the US Courts miscellaneous docket (CITATIONS of James Madison's pre constitution letter; James Madison argument to the 1st US Congress; US Supreme Court Justice Joseph Story contexing the 1st Annals of US Congress ....).........PAGE 23

The right to petition does not stop being a right because it goes unpracticed Citing Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980) as a 9th amendment unenumerated right ..........PAGE 28

Regan Library, The dilution of the right to petition congress for redressing of grievances .................PAGE 31

US Congress' current petition process, a mild critique ................PAGE 32

DeJonge v. Oregon, 299 U.S. 353 (1937) as further persuasion of the unenumerated right to assembly and petition congress in the courts docket .......PAGE 32

TABLE OF CONTENTS CONTINUED

CONCLUSION ...................PAGE 35

CERTIFICATION OF COMPLIANCE .......PAGE 39 ... being the last page

## TABLE OF AUTHORITIES

1   CITATIONS

2   The [Magna Carta of 1215]; [English Bill of Rights 1689]

3   [Olive Branch Petition 1775]; [Deceleration of Independence 1776]

4

5   [Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)] Footnotes

6   referenced from [1 ANNALS of Congress]: can be found at

7   [ https://perma.cc/EJG4-S3TQ ] or [ https://press-pubs.uchicago.edu/founders/

8   documents/amendI_assemblys17.html ] Where the Congress.gov offering is of

9   a summarized printing. (Different publishers, different notes)]

10

11  [ "James Madisons letter to Thomas Jefferson 17 of October of 1778" :

12  https://founders.archives.gov/documents/Madison/01-11-02-0218    ]

13

14  [ Amendments to the Constitution, [8 June] 1789 :

15   https://founders.archives.gov/documents/Madison/01-12-02-0126 ]

16

17  [ "Joseph Story, Commentaries on the Constitution 3:§§ 1874-1888 :

18  https://upload.wikimedia.org/wikipedia/commons/d/d4/Joseph_Story%

19  2C_Commentaries_on_the_Constitution_of_the_United_States_%281st_ed%

20  2C_1833%2C_vol_III%29.pdf ]

21

22  [ Regan Library on petitioning: https://www.reaganlibrary.gov/constitutional-

23  amendments-amendment-1-freedom-speech ]

[ " Vices of the Political System of the United States, April 1787 "   at #11
https://founders.archives.gov/documents/Madison/01-09-02-0187  ]


[ DeJonge v. Oregon, 299 U.S. 353 (1937) at 364 ]


[ United States v. Cruikshank, 92 U.S. 542 (1875) ]


[ Brandenburg v. Ohio, 395 U.S. 444 (1969) ]


[ Whitney v. California, 274 U. S. 357 (1927) ]


[ United States v. Harriss, 347 U.S. 612(1954) ]


1ST AMENDMENT: TIME, PLACE, MANNER RESTRICTIONS IN

CONTE  T CITING

[ Boos v. Barry, 485 U.S. 312 (1988) ] and

[ United States v. Grace, 461 U.S. 171 (1983) ]


CONSTITUTIONAL STATUTES

1st Amendment ; 9th Amendment; 10th Amendment

REFERENCES

[Doc.1]; [Doc.20]; [Doc.27] of the case appealed from: 1:25-cv-112

1    <u>JURISDICTIONAL STATEMENT</u>

2

3    The following is an appeal of [Doc.20] and the reconsideration [Doc.27]

4    The district court has jurisdiction under [28 U.S.C. § 1291]

5    For appeals from final decisions, where the decision preempted notice and

6    may result in a closed docket;

7    and [28 U.S.C. § 1331] Where the Judiciary failed or denied to recognize or

8    acknowledge the constitutional right in question; A 1st Amendment

9    petitioning and right of assembly as an unenumerated 9th right.

10    As well as any other applicable laws.

11

12    The notice of appeal was timely filed before the ordered date of 11.17.2025.

13    The court entered final judgment on June, 17, 2025 [Doc. 20] and after

14    the judge presiding recused [Mehta] after a Motion to reconsider was filed; A

15    new judge [Friedrich] affirmed the dismissal on 9/25/2025 [Doc.27]

16    Dismissing the Petition of Grievances filed to present to and facilitate

17    communications with several US Elect and the Supreme Court;

18    These orders all avoiding or leaving the question of this appeal unruled upon..

19    An argument the court has a constitutional duty to facilitate docketing

20    of the filing in question [Doc.1 or Doc.13] A miscellaneous filing attempting

21    communications regarding redressing grievances with the elect   and supreme

22    court   in a non formal, non rule guided request for communication and to

23    debate the merit of the matters presented.

## STATEMENT OF THE ISSUES

1. Does a person have the right to use the Nations courts dockets as a venue to facilitate communication with government, elect and officials for the purposes of redressing grievances, proposing legislation and actions; asking questions and for debate of matters petitioned (Where the petitioned have no duty to reply).

and the court has a duty to maintain an open docket and facilitate filing between parties to allow this form of 1st amendment petitioning and assembly (Where the parties have payed their filing fees).

9

## STATEMENT OF THE CASE

In January of 2025 Appellant filed a "petition for redressing grievances" with the US Federal Court of the District of Columbia [Doc.1]. The petition did not seek to make claim against any entity; nor did it bring controversy, nor did it request judicial oversight or ruling on the matters presented; but was filed intending to use the court as a communications venue.

I requested to file a miscellaneous case and the clerks said I must file the case as a civil claim asserting it could not be a miscellaneous case, it was filed as a civil case (with a fee waiver hand written); The petition was viewed by all judges who presided over it as a question of law, Chief Judge Boasberg asked it be amended as the elect being defendants [Minute Order on 2/24/2025]; Which was done in [Doc.5; errors and name correction; Doc.13]. Appellant stated an assertion the people have the right to use the venue of the court docket as a place for communications with their government and their elect [Doc.13 P. 5 L. 20-24 issue Z2.] and [Doc 21. P. 1 L. 7-19]. Boasberg transfered, Chutkan recused, Mehta accepted and left the question unrecognized and later recused, Freidrich gave opinion. The presiding judges not recognizing or avoiding this argument dismissed the case (malicious computer doxing altering my documents and view of them did not aid in the matters, why this appeal was initially filed in person).

Appellant again brings the issue which has not been ruled on...// //

## SUMMARY OF THE ARGUEMENT

1   The people are entitled to "petition" the government and elect for a

2   redressing of grievances in the courts in all matters of existence; beyond

3   matters of controversy or conflicts in law; beyond the constraint of legal

4   arguments and for the purpose of promoting prosperity, civility, safety,

5   liberty and healthy communities, its a right arguably established.

6   This right extends to making these requests and requests for debate

7   in the venue of the miscellaneous dockets of the nations courts. The

8   petitioned is not at duty to respond, no different than their current

9   grievance practices; But the courts have a duty to accept the fee costs,

10  petition documents, file them, and maintain an open docket facilitating

11  filings of parties petitioning, petitioned or stating interest and opinion.

12  This right is one rooted in debate and used  in centuries of English

13  common law; repeatedly attempted by the founders and ignored by the

14  king prior to Nations creation:

15  [Deceleration of Independence 1776] *"In every stage of these*

16  *Oppressions We have Petitioned for Redress in the most humble terms:*

17  *Our repeated Petitions have been answered only by repeated injury."* ;

18

19  It was a practice held in high regards by early congress And this

20  manner of petition is one of the unenumerated rights they likely had

21  conceived of as necessary to facilitate clear and certain communication

22  without avoidance, denial or dissuasion tactics; entitled to the people by

23  the several bill of rights://

1    The 1st right that *"Congress shall make no law abridging the freedom of*

2    *speech; or the right of the people peaceably to assemble, and to petition the*

3    *Government for a redress of grievances."*

4

5    The 9th right that: *"The enumeration in the Constitution, of certain rights,*

6    *shall not be construed to deny or disparage others retained by the people."*

7

8    The 10th right that: "*The powers not delegated to the United States by the*

9    *Constitution, nor prohibited by it to the States, are reserved to the States*

10    *respectively, or to the people."*

11

12    Where here the unenumerated right to use the court docket as venue

13    for facilitation of communication infringes on no rights established in

14    regards to the powers of the Judiciary, The courts, The several Branches,

15    Nor the operations of government.

16    Where no law, nor legal test or standard has been conceived by the

17    appellant to be in question similar to or beyond the 1st amendment "time,

18    place, manner" restrictions on Assembly. [United States v. Grace (1983)]

19    [Boos v. Barry, 485 U.S. 312 (1988)].

20    Where government offices already conduct redressings by mail and

21    electronically and this court possess the power to correct overbreath and

22    narrow any laws or powers which may wholly deny the right.

23    //

1    In Appellants considerations he find the courts which already allow

2    miscellaneous filings such as "Rule 27 preservation of testimony", "general

3    notices of several types" and in some Jurisdictions (of their states) "Will

4    depositing" that facilitate need of the people, Some being matters of

5    controversy.

6    They are all matter of preservation of information for public good

7    and to ensure the safety of communications...

8    and the fee schedule is either adequate or can be adjusted.

9    Appellant believes that prior to and at the time of this filing their

10   exists no powers of the Executive, Congressional or Judicial exerted, nor

11   US Law permitting the absolute barring of petitioning government officials

12   and elect in the miscellaneous dockets of the nations courts.

13

14   That the unenumerated right is firmly supported by History, the

15   Nations founding, The Founders intentions (documented), reasoning and

16   entitled by Constitutional law and persuasive  caselaw.

17

18               [Deceleration of Independence 1776]

19       *"To prove this, let Facts be submitted to a candid world."... //*

20                              //

21

22

23

THE ARGUEMENT

     The District court erred in dismissal of the petition of the appellant; where it did not answer the question presented in Issue z of [DOC.13 P5 L20-24 issue Z2] and *[Doc 21. P 1 L7-19] "Judge there is an issue at matter. This "claim" was initially filed as intended to be a "petition" to the Elect and Supreme Court. Not a "petitioning" in the terminology use of the courts (a matter a judge would decide) but the fashion more classical to the "Olive Branch Petition" and "Deceleration of Independence" being formally served to the "petitioned" parties and recorded in the courts... Your being asked to"... " write a simple notice to allow formal service to [notice] the petitioned parties."..." The right is expected as entitled; and is being asked because there are the several issues showing entitlement and reason. This forum: "the courts" is the first entitled venue of freespeech, by the (O.B.P.1775; D.o.I.1776) the right to petition publicly in the courts was established; When those documents were offered as articles of the courts for the King."* [1]


     While its conceivable the several judges who viewed my docket did not comprehend the intent or fully review the docket, etc.; The question was dismissed entirely unacknowledged and the docket may be in jeopardy of being closed; it is also loaded so any further attempts in this filing to obtain reply and debate from the petitioned are frustrated and confused.//

//

---

1. Appellant note "the first entitled venue of freespeech" it should have read " the first use of the court as venue of freespeech (by the Nation).

As stated in the summary; what is being requested is:

1. To have the court acknowledge the right to petition the government and elect in matters of grievances or questions of operations, to provide information and to request debate; this right extending to filing these petitions in the several courts of the nation and to have appropriate docket numbers assigned to them.

2. That the court has a duty to accept fees, documents, keep an open docket and maintain (For a length of time to be determined by the Judiciary, Its Conference or Legislative / Executive Branches) it to ensure documented communication between the petitioners, parties interested and the petitioned. Where the only duty of the courts and clerks is to treat "petitions of redress" as a duty to file and maintain.

3. That the petitioned should have no duty to respond.

4. That the judiciary has no present seen duty to preside as arbitrator over these communications in the dockets, and a proper docketing classification can notify them of this.

It is also now requested as due course.

That this appeals court on approval of the right to petition for redressing of grievances recommend the Judicial conference note this case to determine if and when fee schedules and rules regarding facilitation and maintenance of "petitions" in addition to the courts current miscellaneous filing practices is appropriate.//

1  I believe the right to use the court docket as a venue of documenting

2  communication and debate in matters of the petitioners lives and purposes

3  exists beyond the determinations of law by the judiciary and a right of the

4  people for the following reasons:

5

6  The 1st amendment of the Constitution granting to the people an unabridged

7  right to freespeech; assembly and to petition the government for redressing

8  of grievances.

9      While time, place, manner restrictions have been outlined in regards

10  to forms of assembly United States v. Grace, 461 U.S. 171 (1983) applying a

11  strict scrutiny rule or [Boos v. Barry, 485 U.S. 312 (1988)] Whose Holding

12  on content is :

13  *"Content-specific regulations on protected free speech must meet strict*

14  *scrutiny, which means that they must be narrowly tailored and necessary to*

15  *achieve a compelling government interest."*

16      Where here it is argued the compelling interest lies clearly with the

17  people, a right held in the highest regards by the founders, early US elect

18  and was established by historical use, the Founders intent and Constitutional

19  law, further argued latter.//

20

21

22

23

2. Note of merit: The courts of the USA are modified from the English common law of Great Brittan that established them prior to the Nations forming and the practices of the courts were held to practice nearly identical after the USA formation with the Bill of Rights making only changes to rights entitled. The first and several following states constitutions and their 1st acts of legislation giving statements "the courts should operate as they have" so long as their operation is not repugnant to the constitutional rights created.

1    Here the prior Judges have not acknowledged the matter to state any

2    restrictions of it. From my limited information, Its my belief that neither the

3    court, nor the government petitioned is burdened by this practice beyond the

4    high level of entitlement of the 1st amendment. Where the elect already

5    accept grievances and the court already possesses and maintains the

6    infrastructure to docket "Petitions" as miscellaneous filings separate from

7    pleadings similar to wills; The storage and misc. fee schedule is either

8    appropriate or can reasonably be researched and adjusted to cover ALL

9    COSTS and burdens of facilitation by place and manner restrictions in the

10   event the practice increases in use (such as prolonged open hosting on pacer

11   or limited hosting and document storage method fees; rules such as no

12   duplicative or derivative duplicative filings to the same entity, etc. ).

13       Should this Appeals courts Judges find disapproval in "place and

14   manner" as grounds for restriction of this argued 1st amendment right of

15   freespeech, assembly and petition of the government due to potential costs

16   and burdens;

17

18       Appellant offers preemptive support of petitioning for grievances in

19   3/4 A MILLENNIUM OF PETITIONING THE GOVERNMENT starting

20   with English law tradition, Nation creation and Law, beginning with the

21       [Magna Carta 1215] *"40. To no one will we sell, to no one will we

22   refuse or delay, right or justice."//*

23

1    // and

2         *"61. who shall be bound with all their might, to observe and hold, and*

3    *cause to be observed, the peace and liberties we have granted and confirmed*

4    *to them by this our present Charter, so that if we, or our justiciar, or our*

5    *bailiffs or any one of our officers, shall in anything be at fault towards*

6    *anyone, or shall have broken any one of the articles of this peace or of this*

7    *security, and the offense be notified to four barons of the foresaid five and*

8    *twenty, the said four barons shall repair to us (or our justiciar, if we are out*

9    *of the realm) and, laying the transgression before us, petition to have that*

10    *transgression redressed without delay."*

11

12         This first establishing the right to "petition" about undue and unjust

13    hardships and request civility, mercy or correction. It was followed by the

14    [English Bill of Rights 1689] approximately the 21st notation or phrasing:

15         *"That it is the right of the subjects to petition the king, and all*

16    *commitments and prosecutions for such petitioning are illegal;"*

17

18         These establishing the right to petition in the Monarchy's time, it was

19    to the King Sovereign and Barons in the courts; in ours regardless of the

20    separation of powers, several reasons present for cause the courts should still

21    be an entitled venue for matters of redressing, where the government and the

22    public at whole have view and the 1st amendment strict scrutiny weights in

23    favor of the peoples right.//

1   These practices being used in the founding of this nation; with the

2   "Olive Branch Petition of 1775" being drafted to the King as a last request

3   for resolution and the "Deceleration of Independence 1776" from the Kings

4   refusal to end his tyrannical acts of oppression and aggression[3].; among them

5   the denial of court access to the American colonists.

6   [Deceleration of Independence 1776] *"He has refused his Assent to*

7   *Laws, the most wholesome and necessary for the public good." ........ "In*

8   *every stage of these Oppressions We have Petitioned for Redress in the most*

9   *humble terms: Our repeated Petitions have been answered only by repeated*

10  *injury. A Prince, whose character is thus marked by every act which may*

11  *define a Tyrant, is unfit to be the ruler of a free people."*

12  The denials and deprivations resulting in our nations creation; This long

13  history of increasing right to petition the government for redressing of

14  grievances giving precedent to the practice and influencing in the creation of

15  the 1st, 9th, 10th and all amendments.

16  The practice of petitioning in the manner I have done [ Doc.1] is

17  foundational to a healthy democratic republic.

18  Where clear recorded communications and debate between the elect and

19  the people is necessary to healthy control of government functions. This is of

20  utmost importance to our democracy where influences of money, politics and

21  inconvenient circumstance can hinder the peoples ability to put forth ideas and

22  show results... The courts minimize any erroneous or nefarious acts by

23  intermediaries or elect that ignore or subvert the will of the people.//

---

3. Though this redressings intent is not to dissolve the bindings of the nation or encourage it, should some abolitionists wish to make argument, I believe the right should be supported in the thinking of DeJonge v. Oregon, 299 U.S. 353 (1937) @364 cited later.

1    // where the docket is unchanging and permanent (usually); Where major

2    press favors a party in opinion and presentation, many issues are ignored on

3    large, to become fringe issues of the minority, partisan politics divide the

4    people and beliefs that cross the parties ideals result in stonewalling and

5    delays; avoidance, redirection, disuasion, etc.. Public dockets resolve this to

6    a degree and reduce potential of oppressive acts by government against the

7    people and activists or lobbyists.

8

9    CONSIDERATION OF THE COURTS BURDENS TO FACILITATE

10   THE RIGHT; ARGUMENT AGAINST TIME,PLACE,MANNER

11   RESTRICTIONS AND SHORTFALLS OF THE CURRENT

12   CONGRESSIONAL PETITIONING PROCESS:

13

14        While the courts in the future may become burdened with 10s or 100s

15   of petitions filings per year or even on occasional days, the court in current

16   facilities possess' the ability to currently facilitate and in the future adapt to

17   prevent hinderance of this right.

18        But if the Judiciary decides to absolutely block this right to

19   communicate with the government because of "potential burdens" that

20   "maybe" but can be argued, debated and resolved; It will certainly result in a

21   prevention of assembly and petitioning in this most public and civil of

22   venues that offers a preservation and presentation of orderly and considerate

23   communication in a way no current forum does.//

1    //Potentially stopping brilliant people and amazing entities from

2    presenting well reasoned ideas, data and research, offering options and info

3    beyond the current petitioning limitations and possibilities of error, subversion

4    or injustice[4] . An ability to show the petitioning process and give public input

5    before it reaches the voting floor. Giving this government of the people options

6    outside the limitations of lobbyists, party politics, will of the elect and their

7    circles of communication alone.

8    A greater ability to facilitate health, wealth and prosperity creation by

9    government in the most secure of venues.

10    Attached as [exhibits] are some less than reputable acts by the staff and

11    members of government to argue that court venue at times is necessary. As

12    well as a minor consideration in a deviation at footnote 4.

13    Findings by the Appellant that not just overburdened, (under staffed;

14    parties could fund) lazy or erroneous but also malicious and nefarious practices

15    can and do exist, in support of tactics, parties, entities, staff, and the electorates

16    pursuits and these possibilities demand a certainty of communications in

17    regards to petitioning our government and elect.

18    Where the time and structure of government and conflicting interests

19    among others, demands option of a clear and public showing of

20    communications to facilitate effective public control of government.

21    Where certainty that petitions were transmitted to the elect in their

22    unaltered form was in early nation existence ensured by the first and following

23    congress' recording those (all) petitions in the records //

4. situations where bad pages and staffers, as well as the current horse mail practice of providing topic generic responses to letters often not read; party communication lines with elect and media options dont meet needs of the People. The right of petition unsatisfied, where since the [House gag order of 1836 resolution 6,] the right has been held in less esteem or diluted without clear lines of communication. Where decisions are on occasion (or often) made in absence of the elect and often the public without the petitioners or elect considering what issues must or could be resolved. For example, environmentalism (global warming): Were Bill Nye, Gore and other lobbyists able to hear input that: Research ensuring a healthy economic plan in environmentalists goals must put forth a safe path for the nation in those matters and ensure all relevant parties accept the burdens or have them resolved preferably. The matters might have advanced further or resolved.. An issue never seen pursued from the media or the elect fancying the ideas.

1    // of congress, confirming their accuracy and the discussions held. The

2    issue at matter; that the Founders or previous elect and Judiciaries did not

3    officially face this problem in the new government to recognize the court as

4    a venue for petitioning the elect and government as it was in English law is

5    likely due to the previously stated practice of early congress's acts to ensure

6    all petitions were read and recorded, held in high regards as necessary to a

7    healthy republic. It was diluted as the practice became more popular and

8    petitions were ignored all together, now letters to congress often get a topic

9    generic reply several months later..

10       But this absence of the enumeration of the right does not give any

11   perceived grounds to show the powers exerted and laws created by the

12   founders and later seated judiciaries and elect regarding the courts was

13   intended to create any restriction on the use of the courts docket as a venue

14   of petitioning.

15       Here acts of congress and the judiciary such as the judiciary acts and

16   the limitations of form, procedure and practice they placed on the courts do

17   not show intention to prevent a petitioning of grievances in the courts as

18   English law had facilitated and the founders had used to plea to the

19   unacknowledging King of Brittan, In fact ability to control government

20   seems their utmost concern in the Constitution.

21       This is arguably an issue where the Founders would have applauded

22   the effort to ensure clear communications to effectively address grievances;

23   even if they didn't or chose to disagree.//

THE UNENUMERATED 1ST AMENDMENT GROUNDINGS OF THE

RIGHT...


    This brings us to the matter of the right to petition in the courts being

an unenumerated right having 1st amendment groundings and context related

to the 9th and 10th amendment rights in historical writings and caselaw in

support of this Appeal.

    Firstly is a letter from James Madison to Jefferson discussing

problematics of enumerating the rights in the constitution.


[ https://founders.archives.gov/documents/Madison/01-11-02-0218 ]

"James Madisons letter to Thomas Jefferson 17 of October of 1778"

Referring to the bill of rights in general: "*Perhaps too there may be a certain*

*degree of danger, that a succession of artful and ambitious rulers, may by*

*gradual & well-timed advances, finally erect an independent Government on*

*the subversion of liberty. Should this danger exist at all, it is prudent to*

*guard agst. it, especially when the precaution can do no injury.*"


    The gentleman appeared to be conflicted by the thought an American

would not have the right to do any act not encroaching on those of others

and the idea of enumerating the rights in a bill might result in the peoples

deprivations today left him in panderings...

    Either way he later goes on to support; and the argument is thus://

1       //     https://founders.archives.gov/documents/Madison/01-12-02-0126

2       Amendments to the Constitution, [8 June] 1789:

3       *"The amendments which have occurred to me, proper to be recommended*

4       *by congress to the state legislatures, are these: 1 First. That there be*

5       *prefixed to the constitution a declaration—That all power is originally*

6       *vested in, and consequently derived from the people. That government is*

7       *instituted, and ought to be exercised for the benefit of the people; which*

8       *consists in the enjoyment of life and liberty, with the right of acquiring and*

9       *using property, and generally of pursuing and obtaining happiness and*

10      *safety. That the people have an indubitable, unalienable, and indefeasible*

11      *right to reform or change their government, whenever it be found adverse or*

12      *inadequate to the purposes of its institution."*

13           This coming from the deceleration and becoming our modern

14      constitution and its preamble[5]. In this context where could this court find that

15      the right of petition is confined to the form imagined by and comfortable to

16      the servants of the people; ~~the congress~~ or that a person or entity who pays a

17      reasonable fee (if national financial burdens and other factors require it)

18      would be deprived the right to court venue to express their concerns,

19      dissatisfaction or ideas to resolve problems and create improvement in a

20      public forum that holds a potential more powerful than congress' current

21      ability or willingness to accept, present and review research and debates;

22      having done away with the former practice of recording petitions.

23

5. Preamble for the US Constitution: We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. (The preamble to the bill of rights was removed as being unnecessarily repetitive.)

1   Where calls and letters to congress can give guidance to the elect in matters to

2   say: End the shutdown, then publicly research and create state and national

3   economic income... The people showing petitions and signatures in the courts

4   so the public can further urge government action in a measure of the peoples

5   intent and research (or requests for it) is far greater a method of control and a

6   much more transparent one in its ability to determine the peoples wishes and

7   urges to greater attention and action. Ensuring appropriation of the peoples

8   thoughts and works does not go uncredited.

9

10   The [Id.] goes on to impress the argument: *"The prescriptions in favor*

11   *of liberty, ought to be levelled against that quarter where the greatest danger*

12   *lies, namely, that which possesses the highest prerogative of power: But this*

13   *[is] not found in either the executive or legislative departments of*

14   *government, but in the body of the people, operating by the majority against*

15   *the minority."* *

16   Where the cause of this court petitioning [Doc. 1] is a matter of issues

17   possibly unfavorable to both parties and their elect (and some overfunded

18   activist), and issues where the courts had decided that the minority shall be

19   less equipped (in opinion of many) with the devices to obtain justice  ( issues

20   of the petitioning) In these matters a public showing and *dockumentation* of

21   response makes the practice more necessary.

22   Though I urge this court not to be diverted from focus on the right at

23   question.//

*: This idea is one Madison repeats in numerous contexts and he contexts the evils of government actors in the following link
"Vices of the Political system of the U. States "
https://founders.archives.gov/documents/Madison/01-09-02-0187  it is not cited because there appears no tie I could connect to the 1st
congress' and their understandings and belief on the context of the right argued; but is offered to show madisons context.

1    //The [id.] continues: *"a salutary effect against the abuse of power. If*

2    *they are incorporated into the constitution, independent tribunals of justice*

3    *will consider themselves in a peculiar manner the guardians of those*

4    *rights"...." I conclude from this view of the subject, that it will be proper in*

5    *itself, and highly politic, for the tranquility of the public mind, and the*

6    *stability of the government, that we should offer something, in the form I*

7    *have proposed, to be incorporated in the system of government, as a*

8    *declaration of the rights of the people." ..."controuled by the general*

9    *principle, that laws are unconstitutional which infringe the rights of the*

10   *community."*

11   The result was the 1st and 9th amendments and later bill of rights

12   being accepted in unanimous approval in US House and Senate.

13   In later times the context of their intent (The first amendment rights

14   of freespeech, assembly, petition) is considered in support of the petition

15   right by: "Joseph Story, Commentaries on the Constitution 3:§§ 1874-1887"

16   contexting to the following citing; that if the government can hide and

17   ignore grievances and persuade the ignoring of grievances outside of the

18   view of the public, beyond the conveyances or presentations of

19   communications, by not keeping records; and producing data (such as the

20   number and type of grievances they receive). They can force timidity and

21   purport as whatever form of government they choose, but they will not be a

22   democratic republican one and the people will have not the power; but the

23   government will have the power over the people.//

1　// Consider that summarizing of the 1st's freespeech, press, with this

2　following 1st amendment contexting to assembly and petition clauses:

3　"Joseph Story, Commentaries on the Constitution 3:§§ 1887-1888"

4　　　*"This would seem unnecessary to be expressly provided for in a*

5　*republican government, since it results from the very nature of its structure*

6　*and institutions. It is impossible, that it could be practically denied, until*

7　*the spirit of liberty had wholly disappeared, and the people had become so*

8　*servile and debased, as to be unfit to exercise any of the privileges of*

9　*freemen."... " Mr. Tucker has indulged himself in a disparaging criticism*

10　*upon the phraseology of this clause, as savouring too much of that style of*

11　*condescension," ..."But this seems to be quite overstrained; since it speaks*

12　*the voice of the people in the language of prohibition, and not in that of*

13　*affirmance of a right, supposed to be unquestionable, and inherent."*

14

15　　　The text from the US Supreme Court Justice seated by Madison

16　refers to the 1st amendment; in reference to the right to petition the king,

17　and the 1st is an inherent right; not a favor granted, but the power of the

18　people never to submit to the government.

19　　　In this context; To not allow the government to simply disregard and

20　dispose of the peoples grievances and concerns without at least a

21　documentation.

22　　　Or the result could be a deprivation of all the other rights

23　possessed. //

1  THE RIGHT OF PETITION DOES NOT STOP BEING A RIGHT

2  BECAUSE IT GOES UNPRACTICED:

3

4    The 9th amendment stating the enumerated rights of the Constitution

5  shall not be construed to deny or disparaged other rights held by the people;

6  Places a measure of duty upon the courts to facilitate communications

7  regarding grievances because of the historical use of the practice and

8  deviation from it... preventing ensured clear unaltered communication and

9  intent beyond scrutiny of the government.

10    The following citation provides commentary from a recent opinion on

11  the 9th amendment and the case shows the courts use in the context of

12  asserting; That a historical right unenumerated does not stop being a right

13  because the practices of the court and the circumstances around it change

14  unless a governmental interest outweighs the right of the people.

15

16  Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)

17  "[Footnote 13]"1 Annals of Cong. 731 (1789). *"Since the right existed*

18  *independent of any written guarantee, Sedgwick went on to argue that, if it*

19  *were the drafting committee's purpose to protect all inherent rights of the*

20  *people by listing them, "they might have gone into a very lengthy*

21  *enumeration of rights," but this was unnecessary, he said, "in a Government*

22  *where none of them were intended to be infringed." Id. at 732."* this case

23  referring to the right of open and public trials and dockets//

1   //Never has a more important right than this gone unenumerated. The

2   public nature of this approach to assembly and accountability in redressing

3   grievances (or ignoring them) places the petitioned (elect), in a situation where

4   they must determine if they ignore or respond; both face scrutiny. Where their

5   response is recorded to show their knowledge, acuity and character; or lack of.

6   A show of perceptions and positions in a permanent record, is of the most open

7   democratic value. Debate the fear of all opportunist seeking painters for their

8   fences and shouters of their slowgans. The question; Who'is'its behind the

9   curtain worries all deceivers unraveling their vows behind veil. Where all

10  society, government and civility stems from law; Our form of government

11  demands a right to petition in public scrutiny to ensure healthy facilitation of

12  assembly. The colonists may not have succeeded to create a just government if

13  the King had only promised to address petitions later; documentation is

14  necessary to facilitate removal of nefarious government actors before prolonged

15  damage occurs. To reduce an Americans rights to assemble could lead to a

16  reduction of all their other rights[6]. The 1st House Representative went on to

17  say:   [id. footnote 13]   *"If the people could be deprived of the power of*

18  *assembling under any pretext whatsoever, they might be deprived of every other*

19  *privilege contained in the clause."*

20  Where a fee has been paid to the court to resolve its burdens (be it $100

21  or $1000) what unresolvable argument exists to say the right can be infringed

22  upon, that would not also result in the infringement of the other rights an

23  American possessed. //

---

6. Joseph Story, Commentaries on the Constitution 3:§§ citing page 732 @1874: *"Men would then be obliged to resort to private vengeance, to make up for the deficiencies of the law"* (and our societies high and low seem to have adopted the practice of lawlessness)

1        // In regards to the right to petition for redressing of grievances, the

2   9th amendment and 10th support that new or old ideas and methods of

3   communication (such as this) should be permitted until grounds for denying

4   the right are shown or law is passed to limit or defeat the right as practiced in

5   this court.

6

7        [Id. 448 U.S. 555 (1980)"[Footnote 15]

8       *"Madison's comments in Congress also reveal the perceived need for*

9   *some sort of constitutional "saving clause," which, among other things,*

10   *would serve to foreclose application to the Bill of Rights of the maxim that*

11   *the affirmation of particular rights implies a negation of those not expressly*

12   *defined. See 1 Annals of Cong. 438-440 (1789). See also, e.g., 2 J. Story,*

13   *Commentaries on the Constitution of the United States 651 (5th ed. 1891).*

14   *Madison's efforts, culminating in the Ninth Amendment, served to allay the*

15   *fears of those who were concerned that expressing certain guarantees could*

16   *be read as excluding others."*

17

18        These very same Annals of the 1st congress are also where petitions to

19   congress in a formal manner are recorded (where a letter provided to a

20   Representative or Senator would be read and recorded in the records of

21   Congress, a permanent record) as previously stated the practice was

22   overwhelmed.//

23

1  REGAN LIBRARY, THE DILUTION OF THE RIGHT TO PETITION
2  CONGRESS FOR REDRESSING GRIVANCES

3

4      The same historical grounds and sentiment of the right of petition
5  being vital and diluted is also documented on the Regan Library website.
6  https://www.reaganlibrary.gov/constitutional-amendments-amendment-1-
7  freedom-speech ; https://perma.cc/5CQ7-8KV5
8  *"Some of the earliest references to petitioning a government dates back to*
9  *the Magna Carta in 1215, as well as the English Bill of Rights in 1689, one-*
10  *hundred years before the U.S. Constitution was enacted. In American*
11  *history, the Declaration of Independence made extensive note of the*
12  *Continental Congress' repeated attempts to petition King George III, only*
13  *for them to be ignored. Responding to this precedent, the first few American*
14  *legislatures concluded that reading and responding to petitions was a vital*
15  *function of a republic. The specific purpose of the right to petition is to give*
16  *political leaders a constant influx of petitions from the general public. By*
17  *doing this, the framers believed that it would prevent elected officials from*
18  *favoring arguments and requests from only a select few. Despite this, a gag*
19  *rule on petitions was imposed after President John Quincy Adams presented*
20  *petitions by slaves calling for their emancipation. The rule was considered*
21  *unconstitutional and was subsequently lifted in 1844, but the right to petition*
22  *has since been treated as little more than an extension of the Free Speech*
23  *Clause, rather than having the specific purpose that it was meant for."//*

1    US CONGRESS' CURRENT PETITION PROCESS, A MILD CRITIQUE

2       If the courts and judiciary being seperate from political matters and to

3    some degree having "title" "connections", "community" and "influence"

4    were unaware; petitioning now is effectively a process of handing a

5    document to the elect at a town hall; filling in a character limited text box

6    online; or for the persuasive or assertive petitioner calling into offices, it

7    means a staffer email address to send pdfs of data and other materials, which

8    ensures a confirmation of receipt. But these are rarely recorded and in events

9    of denial or generic reply; ensuring due diligence was performed by staffers

10    and elect is a tedious task that can take months to years if stonewalled. A

11    venue of communications called CWC (communications with congress)

12    exists also but it requires llc or incorporation to enroll and application to

13    participate in C.W.C. does not guarantee access to use. In all of these forms,

14    communications are prioritized and ideas scrutinized beyond the publics

15    view and from what I have experienced beyond the view of the elect, and

16    delegated to staffers, with unpaid interns giving "I dont know" responses to

17    questions, answering the phones and avoiding routing calls or simply not

18    taking messages[7].

19       THERE IS FURTHER PERSUASION of the right of petitioning in

20    the context of DeJonge v. Oregon, 299 U.S. 353 (1937) @364

21       *"The very idea of a government, republican in form, implies a right on*

22    *the part of its citizens to meet peaceably for consultation in respect to public*

23    *affairs and to petition for a redress of grievances."*

7. Appellant (I) could not obtain access to the training documents of US congress staffers in regards to topic generic reply letters and procedures of
petitioning matters, I apologize for not providing an affidavit and ask the court only consider it as generally known information verifiable by request, I for
several reasons decided not to select a specific congressional staffer to record and submit as evidence. Altho I and others have encountered and recorded it.   

1   *"@364-365 " "These rights may be abused by using speech or press or*
2   *assembly in order to incite to violence and crime. The people, through their*
3   *legislatures may protect themselves against that abuse. But the legislative*
4   *intervention, can find constitutional justification only by dealing with the*
5   *Page 299 U. S. 365 abuse. The rights themselves must not be curtailed. The*
6   *greater the importance of safeguarding the community from incitements to*
7   *the overthrow of our institutions by force and violence, the more imperative*
8   *is the need to preserve inviolate the constitutional rights of free speech, free*
9   *press and free assembly in order to maintain the opportunity for free*
10  *political discussion, to the end that government may be responsive to the will*
11  *of the people and that changes, if desired, may be obtained by peaceful*
12  *means. Therein lies the security of the Republic, the very foundation of*
13  *constitutional government"*

14

15      DeJonge also citing United States v. Cruikshank, 92 U. S. 542, 92 U.S.
16  552 and Brandenburg v. Ohio(1969) striking down Ohio's syndicalism act,
17  protecting speech and assembly. These cases state that the 1st amendment
18  shall not be infringed upon, Brandenburg also gives an example of the court
19  overruling its previous ruling in Whitney v. California, 274 U. S. 357 (1927).
20  Whitney and United States v. Harriss, 347 U.S. 612 (1954), showing this
21  court is empowered to modify the law and rules and procedures of the court
22  if they prevent facilitation of petitioning in the manner of [Doc.1]. (in the
23  event of any over-breath by precedent, law or rule and procedure.)//

1    //We encounter a similar situation in our current political climate;
2    Where the absence of communication or restriction of it has of late often
3    disrupted public peace by many causes and done little to present a clear
4    unified request, but exist to show a failure of understanding and lack of
5    research presentation to the public that preempts debate ( activist
6    assembly and local party knowledge presentation is as bare as the few
7    paragraphs US Congressional elect offer on their campaign websites) to
8    resolve matters before matters of contention become conflict by the
9    frustrated and confused. They are not much more than a polling of
10   displeasure doing little to facilitate healthy resolution and debate and look
11   not much different than 1920s and 30s activists slowing down work and
12   sabotaging.  (unExhibited opinions).. The Nation needs the orderly
13   argument form of the courts dockets, not just in DC for federal elect; but
14   for matters of governments state and local as well.

15

16   These and other cases striking down red scare laws also detail how
17   freespeech and assembly are the very core of our government. That in this
18   context to eliminate the right to petition in the courts as practiced by the
19   founders would defeat the practice of communication this nation was
20   founded on; a group of gentlemen's desired certainty, their
21   communications, entitlements, desires and intentions are understood and
22   voted on. The very core of freespeech and the 1st essential to our practice
23   of liberty, justice and form of government.//

## CONCLUSION

1      So you are asked to determine this case by asking if: The Founders

2    could have conceived of a necessity to publicly document petitions of the

3    government with certainty and clarity in communications and would have

4    considered its practice in the courts as one of the unenumerated rights;

5    approving of the people using the courts as venue to the benefit of their 1st

6    amendment assembly and petition purposes.

7      To ensure their grievances be permanently noticed to all; allowing

8    opportunity to find resolutions from not just government and parties seated;

9    but also to allow the people to alert and seek aid and support across

10    ideologies. To ensure government be controlled by the people, not the

11    people controlled by the government.

12      I believe these documents showing (and court extended research will

13    also) the courts dockets are a very reasonable and appropriate place to hold

14    communications and debates, that is demanded to facilitate the power of

15    petitioning and assembly in giving the people a chance to see the arguments

16    and responses of the people petitioning and the petitioned.

17      Where no forum or venue could be more conducive to healthy

18    government (control) than to ensure grievances, data, research and opinion

19    are publicly viewable and scrutinized beyond most practices of advocacy

20    today (the internet and press having venerabilities and limitations to allow

21    petitioning; vagrants and slaves couldn't aford those costs then and neither

22    can Americans of many causes afford the costs now, cost of filings cheaper

23    than alternatives in prolonged instances.). This practiced use of the courts

1  facilitates healthy petitioning. While creating no perceived burden

2  on the courts not easily resolved or outweighed by the peoples rights.

3  The question of the rights existence: Where established precedent,

4  historical and principals of the courts are weighted against the same of the

5  peoples governmental control practices of petitioning. If the deprivation of

6  grievance airing will increase the likelihood of servility and timidity or if

7  violent tendencies will prevail as they have, Where all other rights and

8  safety are in jeopardy (the petitioning of Doc.1 IV. of most issue, all

9  unresponded to ((exhibit y))) The positive of the peoples right weights.

10  Its not far fetched to believe this right to assemble and debate by

11  petitioning in the courts, is not exactly what the founders were worrying

12  about and considering in the 9th unenumerations (antifederalist); that

13  formal petitioning in a public court forum is the undeniable, unavoidable

14  form of healthy communication and debate they would have applauded in

15  the face of the congress' current grievance petitioning practice of

16  avoidance and disposal beyond public view. To prevent the three branches

17  staff and members from prideful practices, denying credit, ignoring merit,

18  oppressing and cursing in private[8].

19  To prevent people from resorting to empty pledges of allegiance

20  absent acts of merit, calling works that serve their own parties and

21  purposes patriotism and duty, distorting constitutional ideals; committing

22  acts of lawlessness, deviating from Americas intended principles and

23  ideals. Practicing oppression thru opportunism and justifying their acts

8. "Vices of the Political System of the United States, April 1787" " 11. Injustice of the laws of States. Whenever therefore an apparent interest or common passion unites a majority what is to restrain them from unjust violations of the rights and interests of the minority, or of individuals? The entirety of #11 speaks volumes and places into context my belief of the burden the court has in regards to being a venue of redressing grievances addressed to the government, where the court is the designated place to bring grievances against the government. The document ends with a perceived intentional oddity "# 12. Impotence of the laws of the States" which he left blank.(see its footnote 12)

with perceived just reasoning. Where it would be hard to find any American who would not complain were they subjected to unequal and oppressive treatment as is argued presented being done in [doc.1](see footnote 8.).

The substance or value of the petition [doc. 1] is (not) at issue in this appeal (though words and action would not be unappreciated), only the right to do is at question; the dangers to our principles and conscience, all the rights we possess and the safety and peace of the peoples of our communities.  The very question of what several learned and some well principled gentlemen intended to establish and the evils and subversions of liberty and justice that persist by majorities even to the extent minorities and individuals serve their cause to the expense of others.

Closing the court venue in denial would place our rights in permanent danger absent this last place to request redressing or absent a sua sponte determination by the court that congress' current practice is not in alignment with the founders intentions (I would be happy to reply with further info and attend any hearings) . It would restrict the practice of petition to the governments percieved deviation of the intended practice, reducing control of government, favoring subversions.

This docket being permanent and unchanging standing for the public view, There exist no alternative to ensure a grievance stands to the view of the public who seats this government. The court should consider this may be an opportunity to make a profit or offset the costs of current//

1       deprivations. So in your ruling I must urge you show the grounds and

2  root for doing so, if you find yourselves in question on the right. I ask you

3  make request of me or refer this case to the Supreme Court for a

4  determination

5  (Under Supreme Court Rule 19 and/or 28 U.S.C. § 1254(2); Sua Sponte,

6  etc. ) to ensure there is no confusion or debate about the right.

7       If you find grounds to approve I ask you give a ruling as eloquent as

8  DeJonge; that can be applied in courts across this nation; submitting the

9  opinion for publishing.

10       Thank you, I have done my best to make your job in denying this

11  right as burdensome, disheartening and hard as possible. For the sake of the

12  nation please do the same to the other branches and members of this

13  government. So that I and others may search the safety, peace, liberty and

14  prosperity this nation was principled on.

15  That for many American has only been a practice of service to survival in

16  hopes of bestowing those comforts and freedoms to a future generation. //

17

18

19  Respectfully submitted by NICHOLAS WOODALL on 12/4/2025

20

21

22

23

38

CERTIFICATE OF COMPLIANCE

This document complies with the rules and procedures of the US District of Columbia Appeals courts and consists of 9250 words approximately

Notice of will: If I have died before this appeal is ruled upon, it was due to poverty and lack of prosperity; the lack of opportunities and safety that result and a long lists of injuries undefensable in the fault and ignorance of the communities I have lived in, their inherent flaws and farces and plenty poor judgments of my own. I hold no ill will not asserted, finding it inappropriate to detail here; but wish neither recognition nor credit or merit to any person living or dead and grant nor permit rights of intellectual or physical property to anyone, where its my wish none should profit off my works, Where more than too many audio and visual productions and documents I have produced over the years have gone missing or lacked final agreements; Where no, I cant, and dont was their repeated chant, if it was not silent approval. Should the nations people find this argument of right as meritorious as I do, sorry for including this, but you would have to understand my unique existence and circumstances. END OF WILL...

[The following was removed from page 38 lines 17-21 (because it deviated the arguement, though it is a question that persists to myself and others, hoping that if response is not recieved someone will agree the practice of finding foreign workers instead of creating programs to train American ones escapes ... ) Where H1-b visas fund the government, but never fund the education of Americans who know simpler work is more certain and close. Where education of all kinds has as far as I can remember and ask, been beyond reach and reason to not apply ones self to studies, ~~different~~ ~~programs~~ ~~for~~ ~~occasion~~ ~~may~~ ~~have~~ ~~been~~ ~~to~~ ~~attend~~ ... //(it is however reason to allow psyudonym petitionings having a moderately controversial view.) ]