Nicholas Woodall

po box 194

Temperance Mi 48182

stewartj402000@gmail.com

771-241-4590

United States Appeals court for the

District Court of the District of Columbia

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 1 6 2025

RECEIVED

| | |
|---|---|
| 1 | NICHOLAS WOODALL — No. 25-5259 |
| 2 | Appellant — D.C. 1:25-cv-112 |
| 3 | v. — NOTICE OF READINESS AND |
| 4 | Donald J. Trump, President, et al., — OPERATIVE PLEADINGS |
| 5 | Appellees — 12/12/2025 |

1 NICHOLAS WOODALL

2 Appellant

3 v.

4 Donald J. Trump, President, et al.,

5 Appellees

No. 25-5259

D.C. 1:25-cv-112

NOTICE OF READINESS AND

OPERATIVE PLEADINGS

12/12/2025

6

7       NOTICE OF READINESS AND OPERATIVE PLEADINGS LIST

8

9    Appellants exhibits were initially filed as supplements to the original brief

10   and the clerk in deviation from this request, filed the second set of exhibits

11   as part of an appendix and could not be reached by phone or email. This I

12   believed, created a confusing docket sheet needing correction and offer the

13   following clarification of the operative pleadings; an appendix of the

14   operative pleadings, So the court is not searching among the filings for the

15   citings and exhibits. Its explained on the next page.

16

17   With this clarification I also offer the following notice of readiness stating:

18   No further filings are expected, there is no defendant (where the filing is akin

19   to an In Forma Poperus appeal review or a judicial review) the argument is

20   complete and ready for decision.

The requested or operative filings are as follows:

**A motion requesting leave** [12/08/2025 MOTION [2149626]]

**To make the operative brief, the lodged proposed brief:**

[12/08/2025 AMENDED APPELLANT BRIEF [2149628].

If the court grants leave

**This brief should be accompanied by:**

**The cited opinions appendix** [11/20/2025 APPENDIX [2146753]],

**The First set of Exhibits** [11/20/2025   SUPPLEMENT [2146754]],

and

**The Historical Texts excerpt pages 2-61 and The second set of Exhibits pages 62-90** of:

[12/08/2025 SUPPLEMENTAL APPENDIX [2149630].

//

Sorry for the confusion.

Respectfully submitted by Nicholas Woodall     on 12/12/2025

served to the court on 12/12/2025 by first class mail

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



 **UNITED STATES POSTAL SERVICE.** *Retail*



**P**

US POSTAGE PAID
**$11.90**

Origin: 43551
12/12/25
3865590338-4

**PRIORITY MAIL®**

0 Lb 1.80 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 12/16/25

C003

 SHIP
TO:

 333 CONSTITUTION AVE NW
WASHINGTON DC 20001-2802

**USPS TRACKING® #**



 9505 5140 4813 5346 1173 81



EP14F October 2023
OD: 12 1/2 x 9 1/2

**FROM:** Nicholas Woodell
Po box 194
Temperance Mi 48182

**TO:**

US Court OF APPEALS
Clerk of Court

333 Constitution Ave. NW

Washington D.C. 2001

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.